**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
DENNIS L. MONTGOMERY,                   :   Civ. Action 15 Misc. 0363
:
          Plaintiff,   :
:
  v.                                      :
:
SIMON & SCHUSTER,                       :
:
and                                     :
:
PRISCILLA PAINTON,                      :   **DECLARATION OF**
:   **BRUCE S. ROSEN, ESQ.**
and                                     :
:
TINA BENNETT,                           :
:
          Defendants.  :
:
---------------------------------------------------------------- x

BRUCE S. ROSEN, ESQ., of full age, upon my oath, declares as follows:

    1.    I am an attorney at law admitted to practice law in the State of New York, a member of the bar of the Southern District of New York, and director at the firm of McCusker, Anselmi, Rosen & Carvelli, P.C., the attorneys for Simon & Schuster, Inc. and Priscilla Painton ("S&S Non-parties") in the above-captioned matter.

    2.    I submit this declaration in opposition to the "Emergency Motion to Compel Non-parties Tina Bennett, Priscilla Painton and Simon & Schuster to Comply with Properly-served Subpoenas and Motion to Take the Depositions by Videoconference and Request for Emergency Telephonic Hearing." I further submit this declaration in support of S&S Non-parties' Emergent Motion to Quash.

    3.    Attached hereto as Exhibit A is a true and correct copy of a November 6, 2015

email chain by and between Larry Klayman and Andrew Nieh, and photograph of mail sent to Mr. Nieh by Mr. Klayman.

4. Attached hereto as Exhibit B is a true and correct copy of the word index of the June 19, 2015 Deposition of James Risen in a matter captioned <u>Montgomery v. Risen, et al.</u>, Case No. 15-cv-20782 (S.D. Fla.).

5. Attached hereto as Exhibit C is a true and correct copy of the Affidavit of Priscilla Painton.

6. Attached hereto as Exhibit D is a true and correct copy of the Affidavit of Christopher Reyes.

7. Attached hereto as Exhibit E is a true and correct copy of the Affidavit of Sophia Jimenez.

8. Attached hereto as Exhibit F is a true and correct copy of a "Motion for Extension of Time to Resent Discovery Deadline" filed in a matter captioned <u>Montgomery v. Risen, et al.</u>, Case No. 15-cv-20782 (S.D. Fla.).

9. Attached hereto as Exhibit G is a true and correct copy of the Affidavit of Tracy Woelfel.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information, and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 19, 2015

                                      McCUSKER, ANSELMI, ROSEN &
                                       CARVELLI, P.C.

By: _____
      Bruce S. Rosen, Esq.
      805 Third Avenue, 12th Floor
      New York, NY 10022
      (212) 308-0070
      *Attorneys for Simon & Schuster, Inc. and Priscilla Painton*