# Exhibit B - Part 1



**PLANET DEPOS**

We Make It Happen ≫ *Anywhere*™

## CONFIDENTIAL

# Transcript of **James Risen**

**Date:** June 19, 2015

**Case:** Montgomery -v- Risen, et al

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: <www.planetdepos.com>

Worldwide Court Reporting | Interpretation | Trial Services

Confidential Videotaped Deposition of James Risen
Conducted on June 19, 2015

1 (Pages 1 to 4)

---

**1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

------------------------------X
                              )
DENNIS MONTGOMERY,            )
                              )
        Plaintiff,            )
                              ) Case No.:
        v                     ) 15-cv-20782
                              )
JAMES RISEN, HOUGHTON MIFFLIN )
HARCOURT PUBLISHING CO.,      )
HOUGHTON MIFFLIN HARCOURT     )
COMPANY .                     )
                              )
        Defendant.            )
------------------------------X

CONFIDENTIAL

CONFIDENTIAL TRANSCRIPT
Deposition of JAMES RISEN
WASHINGTON, D C
Friday, June 19, 2015
9:02 a.m.

Job No.: 85828
Pages: 1 - 406
Reported by: Donna Marie Lewis, RPR, CSR

---

**2**

Confidential transcript of deposition of
JAMES RISEN, held at the offices of:

DAVIS WRIGHT TREMAINE, LLP
1919 Pennsylvania Avenue NW
Suite 800
Washington, D C 20006
(202) 973-4200

Pursuant to re-Notice before Donna Marie
Lewis, RPR, CSR, Notary Public of and for the District
of Columbia.

---

**3**

APPEARANCES
ON BEHALF OF PLAINTIFF DENNIS MONTGOMERY:

    LARRY KLAYMAN, ESQUIRE
    2020 Pennsylvania Avenue, NW
    Suite 800
    Washington, DC 20006
    (310) 595-0800

ON BEHALF OF DEFENDANT HOUGHTON MIFFLIN HARCOURT
COMPANY:

    LAURA R. HANDMAN. ESQUIRE
    DAVIS WRIGHT TREMAINE. LLP
    1919 Pennsylvania Avenue, NW
    Suite 800
    Washington, D C 20006
    (202) 973-4224


    MICAH RATNER, ESQUIRE
    DAVIS WRIGHT TREMAINE. LLP
    1919 Pennsylvania Avenue, NW
    Suite 800
    Washington, D C 20006
    (202) 973-4223

ALSO PRESENT:
    ANTHONY FIELDS, VIDEOGRAPHER

---

**4**

INDEX
WITNESS:
    JAMES RISEN
EXAMINATION BY:                            PAGE
    By Mr. Klayman                6

        E X H I B I T S
EXHIBITS:    DESCRIPTION                   PAGE
    No. 1   Email                    47
    No. 2   Email dated 9/23/11          99
    No. 3   Book, Pay Any Price         123
    No. 4   Playboy Article         124
    No. 5   Notes                 147
    No. 6   New York Times Article        164
    No. 7   Email dated 10/5/12       176
    No. 8   Contract with Houghton Mifflin    191
    No. 9   Declaration           203
    No. 10  Amended Complaint          211
    No. 11  Declaration of Dennis Montgomery  229
    No. 12  Article from 2011, Bates No. DEFS002587 254
    No. 13  Bates DEFS002528 thru 2530        312
    No. 14  Bates DEFS004140 thru 4147        360
    No. 15  Bates DEFS003992 thru DEFS004003  362
    No. 16  Bates DEFS000419 thru DEFS000424  363
    No. 17  Bates DEFS003882             379

---

Confidential Videotaped Deposition of James Risen
Conducted on June 19, 2015

5

EXHIBITS

| EXHIBITS: | DESCRIPTION | PAGE |
|---|---|---|
| No. 18 | Email, Bates No. DEFS003229 | 386 |
| No. 19 | Bates DEFS003212 thru 3213 | 390 |

MARKED PORTIONS

Page:Line
44:19, 52:23, 54:24, 64:22, 76:18, 82:1, 90:14, 94:10,
96:13, 97:12, 120:16, 128:2, 137:24,138:12, 138:25,
141:20, 142:20, 144:17, 149:21, 153:3, 157:4, 177:20,
178:10, 179:19, 187:3, 188:1, 200:20, 206:4, 206:9,
212:10, 266:8, 266:25, 276:23, 286:9, 286:20, 357:7,
358:3, 388:14

6

P-R-O-C-E-E-D-I-N-G-S

1    THE VIDEOGRAPHER:  Here begins tape number 1
2  in the videotape deposition of James Risen in the
3  matter of Montgomery versus Risen in United States
4  District Court for the Southern District of Florida,
5  case number 15-CV-20782.  Today's date is June 19,
6  2015.  The time on the video monitor is 9:03 a.m.  The
7  videographer today is Anthony Fields representing
8  Planet Depos.  The video deposition is taking place at
9  1919 Pennsylvania Avenue Northwest, Washington, D C
10  20006.  Would counsel please voice identify themselves
11  and state whom they represent.
12    MR. KLAYMAN:  Larry Klayman for the
13  plaintiff, Dennis Montgomery.  I'm joined with Dina
14  James, chief of staff, paralegal.
15    MS. HANDMAN:  Laura Handman, Davis Wright
16  Tremaine, for the defendants James Risen, Houghton
17  Mifflin Publishing Company and Houghton Mifflin
18  Harcourt -- sorry, Publishing Company and Houghton
19  Mifflin Harcourt Company.
20    MR. RATNER:  Micah Ratner from Davis Wright
21  Tremaine, representing the defendants James Risen and
22  also Harcourt Publishing Company, Houghton Mifflin
23  Harcourt Company.
24    THE VIDEOGRAPHER:  The court --

7

1    MR. KLAYMAN:  And we --
2    THE VIDEOGRAPHER:  Did you want to say
3  something?
4    MR. KLAYMAN:  No.  Go ahead.
5    THE VIDEOGRAPHER:  The court reporter today
6  is Donna Lewis representing Planet Depos.  Would the
7  reporter please swear in the witness.
8    Whereupon,
9       J A M E S   R I S E N
10  being first duly sworn or affirmed to testify to the
11  truth, the whole truth and nothing but the truth, was
12  examined and testified as follows:
13       EXAMINATION BY COUNSEL FOR PLAINTIFF
14    MS. HANDMAN:  Before we begin I just want to
15  put a few things on the record.  Mr. Risen is here
16  pursuant to Magistrate Judge Goodman's order of
17  June 8, 2015 and the Re-Notice of Taking of Deposition
18  Duces Tecum on June 11, and Federal Rule 30(d)(1)
19  which limits the deposition of a party to one day of
20  seven hours absent court order or party agreement.  We
21  do not agree to extend the deposition beyond that
22  seven days.  I would ask the court reporter to --
23    MR. KLAYMAN:  Seven days you said.
24    MS. HANDMAN:  Seven hour, sorry.  Thank you.
25  Seven hours, one day.  And I would ask the court

8

1  reporter to please note the time and let us know when
2  we reach the seven hour mark which will be the
3  termination of the deposition.  I would also note for
4  the record that we have produced documents that were
5  called for pursuant to the notice of deposition and
6  Magistrate Goodman's order of May 28.  We produced
7  them on June 4 along with the privilege log that we
8  produced on June 9 of this year.  And we have advised
9  Mr. Klayman that we have documents that we have marked
10  as confidential.  And we forwarded a proposed
11  protective order.
12    The parties could not reach agreement on
13  that protective order.  We will be seeking a ruling
14  and an entry of that order from Magistrate Goodman who
15  unfortunately was not available this week to resolve
16  it.  So in the meantime we have asked Mr. Klayman to
17  stipulate that the parties may designate portions of
18  the deposition to be confidential and that certain
19  documents produced and marked as confidential will be
20  held as confidential, available only to the parties
21  and their counsel and for use only in this litigation
22  unless the court -- pending a court ruling otherwise.
23    Do you agree to that stipulation,
24  Mr. Klayman?
25    MR. KLAYMAN:  No.  I will tell you what I

Confidential Videotaped Deposition of James Risen
Conducted on June 19, 2015

89

1    assets?
2        MS. HANDMAN:  Objection.  That assumes a
3    fact not in evidence.
4        THE WITNESS:  There is quite a bit of
5    controversy over what actually happened in that
6    episode, whether or not Vice President Cheney actually
7    ever gave that order.  It is not established one way
8    or the other in the -- if you look at all of the
9    histories of 911 what actually happened in terms of
10   the vice president.  Well he was at the White House
11   and the president was traveling.  I've never seen a
12   conclusive timeline on whether or not
13   Vice President Cheney ever actually gave such an
14   order.
15       Q    No, I'm not asking whether they gave an
16   order.  I'm asking did they have the authority to do
17   so, the president has the authority to do so?
18       A    I think that is in dispute too.  I think
19   that was one of the points that was raised in this
20   meeting that I describe in the book.  It was a
21   question, do we -- there was some thought that maybe
22   there was some new authorities that he had that he
23   didn't have previously.  There was a discussion about
24   it.  That was the point.  There was a discussion about
25   whether he could shoot down planes.

90

1        Q    Are you saying in a national emergency such
2    as September 11th, the president of the United States
3    as commander and chief, does not have the authority to
4    order that airlines approaching, airliners approaching
5    the White House, Pentagon, World Trade Center, that he
6    can't give an order to shoot down that plane?
7        MS. HANDMAN:  Totally irrelevant to the
8    purpose of this deposition.  And he has been asked and
9    answered this question.  He is not a lawyer.  This is
10   not about the history of shooting down planes.  And
11   he's answered what he has written in the book and --
12       MR. KLAYMAN:  Speaking objection.  Certified
13   this for sanctions.
14       (This portion is marked at Attorney
15   Klayman's request)
16       MS. HANDMAN:  Yes.  And certify the fact
17   that you are going down tangents that are totally
18   irrelevant.
19       MR. KLAYMAN:  That is not for you to decide.
20   And you will have an opportunity if you try to make
21   this out of a trial to do so.  So answer the question.
22       MS. HANDMAN:  He has answered it already.
23       MR. KLAYMAN:  He has not.  I'm talking about
24   authority not what happened.
25       MS. HANDMAN:  You are asking about the World

91

1    Trade Center and.
2        MR. KLAYMAN:  I'm asking --
3        MS. HANDMAN:  What is this about,
4    Mr. Klayman?  Do you really want to waste your seven
5    hours with going over the history of 911?
6        MR. KLAYMAN:  Like I said, Ms. Handman, the
7    time that I ask you for help with my client is the I
8    quit as a lawyer.
9    BY MR. KLAYMAN:
10       Q    Please answer the question.
11       A    As I said, I believe there is some kind --
12   the question about the actual authority of the
13   president in those circumstances, I don't know what
14   the law is today.  But as I said I described in the
15   chapter how there was a discussion about whether or
16   not this could happened.
17       MR. KLAYMAN:  We can take a break now.
18       THE VIDEOGRAPHER:  We are going off of the
19   record.  The time is 10:35.
20       (The proceedings recessed from 10:35 a.m. to
21   10:50 a.m.)
22       THE VIDEOGRAPHER:  This marks the beginning
23   of tape number 2.  We are going back on the record.
24   The time is 10:50.
25       MS. HANDMAN:  And we are producing the

92

1    documents that we've stamped as confidential that
2    include the publishing agreement that you agreed to
3    keep confidential and some additional documents.  We
4    un-redacted certain references but stamped it
5    confidential for purposes of this litigation and
6    subject to the stipulation that we put on the record
7    in the beginning.
8        MR. KLAYMAN:  Thank you.
9        MS. HANDMAN:  And we had the original
10   notes -- are you finished.
11       MR. KLAYMAN:  No, I'm not.  I have some
12   questions.
13       MS. HANDMAN:  You do have copies that about
14   produced on June 4th.
15       MR. KLAYMAN:  I'm aware of that.
16   BY MR. KLAYMAN:
17       Q    I returning to Risen Exhibit 1.  With regard
18   to Negroponte the reference to that, what information
19   did you receive from Eric Lichtblau about Negroponte?
20       A    As I said, this was an initial email when we
21   were first starting to work on the story I think.  We
22   may have worked on it before this.  I don't really
23   recall anything coming out of this email.  I think we
24   just -- the main thing, as I said before the main
25   thing we got was a lot of the documents that led us to

Confidential Videotaped Deposition of James Risen
Conducted on June 19, 2015

405

1    count. Thank you. Deposition for this is adjourned
2    at this time. Thank you.
3        THE VIDEOGRAPHER: This marks the end of the
4    video taped deposition of James Risen. We're going
5    off of the record. The time is 6:32.
6        (Whereupon, at 6:32 p.m., the above
7    proceedings was adjourned.)
8        MR. KLAYMAN: Back on the record. Here's
9    what we've agreed to do, is that plaintiff's counsel
10   will take custody of the original deposition exhibits
11   with the exception of Exhibit 5, which will stay in
12   the custody of defense counsel with their agreement
13   not to alter it in anyway, as it is a court document.
14   And that once copies are made by the court reporter to
15   attach to the transcript, that the originals of the
16   other deposition exhibits herein will be sent to
17   plaintiff's counsel. And we will keep them.
18       And in addition we've agreed that the entire
19   transcript, for the time being, can be designated as
20   confidential. But that once that deposition
21   transcript is provided that defense counsel have ten
22   day to justify those confidential portions. And not
23   just in terms of designation, but to justify it with
24   the court that they are confidential. That's what
25   we've agreed.

406

1        MS. HANDMAN: And the video will be
2    similarly maintained as confidential until...
3        MR. KLAYMAN: Correct. I've asked the court
4    reporter -- the videographer. He has agreed to give
5    me a copy of the video in the next 24 hours. Okay?
6    Was that acceptable, Mr. Videographer?
7        THE VIDEOGRAPHER: Yeah, they should be able
8    to do that.
9        MR. KLAYMAN: Let me have, actually, two
10   copies of that.
11       MS. HANDMAN: We will have the video also,
12   please. Can we go off the record now, Mr. Klayman?
13       MR. KLAYMAN: Ms. James says: Where is the
14   last exhibit? What was the last exhibit?
15       MS. JAMES: I'm asking you.
16       THE COURT REPORTER: The last exhibit was
17   19.
18       MS. HANDMAN: Nineteen.
19       MR. KLAYMAN: Okay. And we have that. And
20   that's over there in that pile. Correct? Just want
21   make sure we have everything.
22       MS. HANDMAN: It's right there.
23       MR. KLAYMAN: Okay. Good.
24       (Whereupon, at 6:36 p.m., the above
25   proceeding was adjourned.)

407

1            REPORTER'S CERTIFICATE
2        I, DONNA M. LEWIS, RPR, Certified Shorthand
3    Reporter before whom the foregoing deposition was
4    taken, do hereby certify that the foregoing transcript
5    is a true and correct record of the testimony; that
6    said testimony was taken by me stenographically and
7    thereafter reduced to typewriting under my direction;
8    that review was not requested; and that I am neither
9    counsel for, related to, nor employed by any of the
10   parties to this case and have no interest, financial
11   or otherwise, in its outcome.
12       IN WITNESS WHEREOF, I have hereunto set my
13   hand and affixed my notarial seal this 1st day of
14   July, 2015.
15
16   My commission expires: March 14, 2018

Confidential Videotaped Deposition of James Risen
Conducted on June 19, 2015

408

## A

**ability**
135:12 144:22 328:21
399:5
**able**
12:11 15:10 97:15
134:12 150:15 161:18
190:8 288:8,13,19,21
289:3,10 333:23
385:3 406:7
**Abortion**
232:10
**about**
10:10 21:25 23:21
25:18,18,23 30:11,19
31:11,11,17,22 32:12
34:4,12,18 36:18
37:11,12,14 38:5,8,9
39:1,4,5 40:24 46:18
49:18,25 50:19 51:13
53:13 54:10 58:2,13
60:21 63:17 64:15
65:19 66:4 67:1,19
70:3,3,5,14 71:25
74:12,21,24 76:9 78:4
79:21 80:2,13,25
81:17 83:11,11 85:9
89:23,24 90:10,23,25
91:3,12,15 92:13,19
94:17 96:6 98:3
100:14 101:1,8,10,17
102:15,16 105:8
106:14,15 107:12
108:14 111:9,19
112:1,8,9,11,19
114:12,19 115:4,5,6,8
117:4 119:1,14 121:6
123:1,16 124:7
125:15,20 126:8
128:5,24 129:1,11,18
130:8 131:12,22
132:1,16 134:1,20
135:18 136:4,16
138:3,5 139:20 140:1
140:6 142:11,14,25
143:5,18 145:24
147:9,11 150:10,11

151:8 152:24 157:8
157:11 159:12 163:1
163:2,10,21,24 164:2
164:18 165:7,8,11,18
165:21,21,22 166:22
167:18 170:8 171:3
172:6,9,14,20 173:4
174:4 175:6,12,16,17
177:4,11,12 180:9
181:9 185:15,16
188:25 189:1,11
193:14 199:11,17
201:10,22 207:4
210:13 212:4 216:6,7
216:21 217:1,2,7
219:14,17 220:3
223:6 225:9 227:11
231:9 235:18,20
236:7,14 239:4,12,15
239:16,21,23 240:3,9
240:11,11,14,15,18
242:6,22,24 243:2,7
243:25 244:3,4,18
246:6 247:4,8,11,12
249:5,15 251:22
252:2,3 254:12 255:6
255:14 257:4,6,14,25
258:1 259:14 261:10
263:24,25 265:1,2,6
265:22 267:4,11
271:14 273:6 278:19
279:4 280:1,12
282:22 283:15 284:15
284:19 285:24 287:12
288:23 291:14 292:2
292:10,20 293:24
294:1,15 296:18
297:10 299:21 300:1
300:1 301:12,14,16
301:21 302:15 303:3
303:5,6,7,13 307:17
308:3,21,22,22,23
310:24 311:21 313:13
313:14 314:5 316:6
317:18,23 318:9,14
319:8 321:23 322:17
322:20 323:2,13

324:24 325:2,16
327:2 330:2 331:5,15
331:20,23 332:13,21
333:20 334:19 335:8
335:9,21,25 336:7
339:17 340:2 344:19
344:23 346:1 347:8
347:12 349:5,6
351:11 353:9 355:22
357:15 359:17,20
362:5,6 365:19,23
366:17,23 367:6,22
367:25 369:16 371:7
371:13 372:19 373:18
374:14,15,23 375:6
376:5,10,11 377:17
378:8,11 380:4,4,11
382:15 384:9,18,22
389:18 392:2,12,23
393:12 394:13,14,17
395:6,9,14 396:6,21
397:11,20 398:3
399:9 400:5,12,23
401:2,6
**above**
77:25 405:6 406:24
**Abramson**
29:8
**absent**
7:20
**absolutely**
293:24 295:15 402:21
**absurd**
200:22,24
**abuse**
398:19
**abusing**
46:18
**accept**
280:5 335:19 336:21
**acceptable**
11:18 406:6
**accepted**
360:3
**accepting**
150:1
**access**

9:10 32:1 101:3 109:16
115:25 116:5 121:14
128:8,11 155:7,13
157:25 158:22 159:17
161:17 188:14 189:15
189:20 339:10
**accomplishments**
343:17
**according**
127:1 224:9 307:8
371:15 374:5 387:4,7
**Accordingly**
160:14
**account**
236:3 284:5 294:6
320:20
**accountability**
335:16,17
**accountable**
100:20 294:3,7
**accounting**
194:2
**accuracy**
98:16 99:1 307:21
**accurate**
48:6 64:10 75:6 84:5
86:1,21 88:15 96:7,19
98:1 101:19,22
103:20 104:3,12,18
105:13 108:14 112:17
139:15,16 144:20
167:12,14 169:20
210:1 211:9 214:22
215:10 216:3,5
249:19 267:13,13
270:10 271:3 308:18
334:12 340:6 370:12
374:24
**accurately**
127:23 144:24 146:12
183:10 366:16
**accusation**
247:7
**accusations**
387:2 388:9
**accused**
17:25 18:5,8,10,23

Confidential Videotaped Deposition of James Risen
Conducted on June 19, 2015

409

208:8 288:8,18,20
289:10 378:10
**accusing**
74:14 108:9
**achievement**
236:2
**ACLU**
345:22 346:1
**acquired**
73:24
**across**
301:20
**Act**
106:1
**acted**
182:17
**action**
17:4 19:15 23:16 24:22
83:5,16 208:15
213:14 214:2 216:15
230:25 262:16,19
320:10
**actions**
243:15,18
**activities**
143:12 144:21 146:11
157:9 186:22 188:10
222:25
**activity**
368:2 394:12
**acts**
39:22
**actual**
9:18,19 10:3,10 60:15
91:12 239:1 280:18
360:5 365:17 367:15
367:20 381:8,17
**actually**
12:7 51:24 89:5,6,9,13
96:1 130:23 142:2,4
144:23 148:23 153:21
156:8 203:18 209:20
219:17 226:16 230:8
251:25 255:25 277:19
278:2 292:23 294:5
334:18,24 365:10,13
365:13 366:25,25

371:9 373:6,25
377:16 381:15 386:14
392:3 394:8 398:15
400:21 406:9
**ad**
33:11 382:2
**Adam**
29:6
**add**
206:22,22
**added**
77:13 114:1 206:24,24
337:15
**addenda**
191:11
**adding**
78:2
**addition**
46:4 49:1 63:11 93:9
399:4 401:20 405:18
**additional**
92:3
**address**
108:8 115:2 117:13
176:10 177:23
**addressed**
390:22
**adds**
310:23 311:4
**adjourn**
36:20
**adjourned**
405:1,7 406:25
**adjudicated**
263:7
**administration**
30:21 38:7 69:15,20
232:14 235:17,23
239:22 242:22,25
243:3,16 251:21,23
252:5 290:1 313:18
341:14,21 369:21
370:17 380:11
**administrations**
235:19
**admit**
303:15 304:9,21

**admits**
365:9,12
**adopted**
338:12
**adult**
288:10,14,23
**advance**
192:21 196:13,16
300:4
**advances**
299:23
**adverse**
41:8 55:10 254:4
**advise**
371:22 398:17
**advised**
8:8
**adviser**
313:21
**advocated**
306:18
**affair**
137:8
**affairs**
37:24 201:22 248:14
248:18,22,24 250:11
305:3 352:8 380:9,15
393:7
**affect**
207:15 212:22,25
**affidavit**
223:9
**affirmed**
7:10
**affirming**
367:12
**affixed**
407:13
**Afghanistan**
202:1 221:16,18,21
224:7 339:10
**afield**
241:16
**afraid**
303:15 393:15,17
**Africa**
221:16

**after**
16:3 17:9 19:3,22 30:3
31:14,15 36:25 37:23
88:20 100:10 119:14
124:8 166:17 167:24
169:5 174:1 183:16
183:25 187:22 195:8
196:17 202:15 217:5
217:5 219:24 231:1
235:6 236:23 251:8,9
256:11 257:1 259:16
259:17 272:3 273:11
275:5 291:16 298:7
305:6 320:2,10 323:4
324:6 329:11 372:21
404:7,9,15
**afterwards**
57:24 307:17 319:6,17
322:17
**again**
23:4,18 25:2 35:11
36:19 44:14 50:2
52:21,25 64:18 65:6
97:20 99:18 108:10
126:7 132:5 136:24
137:4,9,17 138:18
139:6 142:9 171:7
178:5 183:11 200:15
205:21 215:18 222:9
244:14 266:7 276:15
294:25 302:17 303:19
328:14 329:10,19,20
331:11 332:25 341:19
351:8,18,20 363:24
370:7,19 381:20
386:24
**against**
9:4 22:10 23:7 75:9
76:1 130:14 202:15
208:14 210:3 216:16
235:3 268:13 271:15
302:25
**agencies**
69:7 129:6,13 214:5
215:4 282:11 297:22
343:25
**agency**

Confidential Videotaped Deposition of James Risen
Conducted on June 19, 2015

18:6,24 158:16
159:17 191:24,24
215:13 281:8 282:11
368:2 381:1 383:10
**agencyinsider@hot...**
390:23
**agent**
191:24,25 192:1,7
**ages**
156:15
**aggressive**
77:16
**ago**
239:20 259:6 275:17
**agree**
7:21 8:23 9:1 10:23
11:14 12:19,22 13:8
13:19,22 106:2,3,19
135:14 152:25 161:20
176:13 293:20 299:6
379:10
**agreed**
92:2 104:14 164:8,12
164:16 175:15 176:17
177:1 405:9,18,25
406:4
**agreeing**
13:23
**agreement**
7:20 8:12 14:18 92:2
190:23 191:16 238:17
405:12
**agrees**
305:23
**ah**
186:22 187:10 193:22
199:15 211:24 224:20
235:14 237:14 256:20
256:20 257:14 260:21
262:14 263:15 264:20
277:13 280:8,9 284:1
287:11 298:17 299:22
303:4 331:20 343:2
354:13 379:20 382:12
399:5
**ahead**
7:4 47:12 70:20 72:11

200:9 227:24 360:20
368:17 374:22
**ahold**
72:18 361:19
**aide**
93:20 320:24 330:14
**aides**
46:5 63:11 93:9,10
**Air**
109:20 198:15,23
199:1 201:18 218:18
220:18 221:5 222:25
223:1 229:14,14,19
229:19 298:10,12
339:11 341:25 342:1
342:2,4 344:19,19
**aircraft**
85:10 291:15
**airliners**
82:21 88:9,22 90:4
290:2
**airlines**
83:23 90:4
**airplanes**
83:14 337:16
**AK-47**
126:10,11
**AK-47s**
125:12,16
**Al**
220:9 265:7 281:10
306:4 329:14 384:9
384:11 397:12,19
**Aldrich**
31:15
**alerted**
134:10
**Alexander**
401:6
**all**
12:9,10 13:16 29:5
35:24 38:1 44:15,17
48:7,13 50:23 52:8
53:9,11 56:9 59:16
60:17 62:9 64:16
67:22 70:9 74:23
75:17 77:25 78:16

79:18 89:8 95:19
98:16,19 99:1 107:17
109:23 112:3 113:11
114:1 116:15,15,18
117:2,3,19 118:25
119:12,22,24 122:19
127:14 133:1 135:1
142:3 143:8 150:21
155:18 156:16 158:14
162:4 169:11 174:3
175:3,16,20 179:18
184:2 186:19 187:6
188:14,15,15,18
189:13,13,19 198:10
200:1 202:5,21
206:21 211:10 216:12
220:4,21 238:24
242:12,20 250:11
259:1,15,20 265:5,20
266:13,14 267:9
273:12 275:11,12
276:13 278:20 280:8
280:9 283:2,7,12
285:13 286:23 287:13
304:22 308:13 311:19
320:2 322:3 324:17
324:18 325:24 326:5
326:9 332:19 347:13
351:12 353:11 356:9
357:5 359:13,23
364:18 367:3 372:16
373:12 377:10,11
378:1,2,3 385:20
389:6 391:17,19,24
394:6,8,18 397:21,21
398:25 399:1,5
401:22 402:1 404:12
404:13
**allegation**
85:3
**allegations**
67:12 75:8 76:1 162:22
302:25 399:6
**allege**
130:12
**alleged**
83:17 87:5 119:11

208:13 209:2,23
210:7,19
**allegedly**
83:6 225:15 292:24
**allow**
10:24 13:8 62:9 74:3
139:13 142:13 245:9
388:22
**allowed**
40:23 43:13,15,16
86:15 171:6,16
212:21
**alluded**
69:20
**almost**
166:9 238:3 294:9
299:19 305:3,17
352:9 372:4 387:12
**along**
8:7 27:15 345:6 363:10
372:24
**already**
11:7 31:16 39:24 40:2
41:21 55:15 76:14
77:5 90:22 100:10
102:15 107:16,17
136:13 183:16 185:24
186:1,4 187:23
206:23 216:10,17,18
216:23 217:7,11
220:3 232:17 241:23
257:21 260:18,20
262:22 285:19 300:12
341:2,6 358:16,22
359:15 394:16 402:24
**also**
3:23 6:23 8:3 9:14,21
39:14,20 53:21 63:5
135:12 136:7 141:17
151:10 154:12 160:8
172:18 176:24 182:20
185:5,7 224:7 230:1
230:23 254:8 264:4
274:24 306:7 307:5
312:1 333:11 338:21
364:19,21 365:23
384:20 399:4 406:11

Confidential Videotaped Deposition of James Risen
Conducted on June 19, 2015

411

alter
161:23 405:13
altered
391:9
Although
257:15
always
35:1,8 88:6,15 110:10
110:14,15 124:9
173:21 190:11 211:15
211:23 238:6 308:1
385:11
Al-Qaeda
384:10
amazing
305:8
Amazon
195:14,15 218:12
ambition
288:6
amended
4:18 210:3 211:11
213:9,17,19 365:1
Amendment
137:21 375:24
American
17:15 69:22 111:21
123:17 137:16 143:13
144:7 145:6 221:24
232:10 237:22 285:6
289:24 290:8,17
291:7,11 292:7 293:4
300:1 321:21 322:14
326:12,21 327:8,16
327:20 332:2 333:16
337:24 338:4,7,11
374:17 375:4,13,25
392:18 398:17
Americans
80:4 130:21 142:6,8
144:22
American's
370:18
America's
305:13
Ames
31:15

among
55:19 93:5 95:18 98:6
205:4 253:2
amount
69:21
amounts
193:21 235:2
analysis
370:15
analysts
306:13 307:20
analyze
270:4 334:2
and/or
81:17 372:10
aneurysm
205:5,12 206:13
Angeles
26:15,20 29:24 30:20
Angels
232:10
animus
242:16
annuities
348:16
anonymity
169:17
anonymous
169:11 170:2,9
another
107:23 108:5 174:14
195:5 207:16 255:9
390:21 397:23
answer
22:19 23:25 24:10
32:18 35:12,22 43:22
49:15 50:17 51:16,19
53:18,21,25 54:4,4,21
55:25 57:12 60:3
62:3 64:5,18 65:11
76:22,24 77:25 79:9
81:23 82:25 85:23
90:21 91:10 97:20
99:8 103:25 104:2
106:11 114:7 120:9
129:19 131:3 132:13
135:5,11 136:1,7,13

136:19 137:5 138:3
138:19,23 139:7,14
139:24 140:15 141:2
141:3,18 144:2,11,12
146:18 149:19 152:19
153:1 157:1,2 158:7,9
158:25 159:10,18,21
161:6 162:17 163:3
167:13,14 177:18
178:7 179:5,13,15
183:17,21 184:9,22
186:10 187:24 188:21
192:14 201:9 205:23
206:7 207:19 209:9
209:11,15 210:5,12
210:18 211:5,6
214:23 215:2 227:7
227:14 233:17,19
237:15 239:7 240:7
241:5,10,18 245:9
261:5 270:14,20
276:6,16 285:22
286:16 316:23 335:24
347:2 348:6 358:1
372:6 374:18 388:25
401:11
answerable
22:16
answered
19:17 65:7 75:13,18
79:13 90:9,11,22 97:1
97:2,3 99:8 103:24
111:17 128:4,10
140:23 146:9 148:18
167:2 213:22 214:25
215:1 272:25 285:20
293:18,20
answering
54:4 135:15 228:5,6
295:7,9,11 317:21,22
368:10 383:1
answers
77:7 106:10 135:14
179:21 187:18 295:10
Anthony
3:24 6:8
antidepressants

212:16
anti-terrorist
202:1
any
4:11 12:2,25 14:11
16:11 17:3,16 18:2,5
18:23 19:15 20:18
21:4,5,5 22:10 23:6
23:16,17 24:22 26:25
30:8 32:17 33:2,4
39:1 40:5 49:9 51:3
51:12 52:17 53:2
59:17 62:16,19,20,21
64:7 65:20 68:10
69:6 72:4 73:19 77:5
77:8,22 80:9 81:11,15
81:21 83:5,15 86:17
86:18 87:6 96:17
98:9 100:19 101:25
102:4 103:10 108:24
109:16,17 110:4,6
111:10,10,25 112:2,9
112:15,22 113:6
114:11,19,25 115:8
116:20,21 120:5
122:24 123:13 128:23
128:23 129:18,20
132:23 135:18,19
140:7,8,17 141:10,11
150:9 152:24 153:6
155:16 157:9,13,14
157:18,21,24 158:16
158:19,23 159:16,24
160:1,3,14,20,21,25
161:2,7,23 162:11
163:10 167:17 170:7
170:11,16 172:17,18
174:21 179:22 180:6
180:18 182:4,5,20
183:6 184:10 186:15
186:16,21 187:10,23
188:7,9,10 190:4
191:11,12,13 192:21
193:1,15 194:7
196:13 199:5,6
206:14 210:12 212:13
212:21 213:4 214:12

Confidential Videotaped Deposition of James Risen
Conducted on June 19, 2015

412

215:13 216:25 229:25
230:3,25 231:4,5,15
231:18 232:15,16,16
232:17,24 234:24,25
239:12 241:24 242:21
242:23 243:1 245:6
246:7,8 249:17
255:22 256:7,14
265:3,14,18,19 266:2
267:15 276:1 277:3
281:8,10,15,20
282:11 284:8,8,23
285:16 289:14 290:5
290:6 292:4,24 293:9
293:9 296:17 300:20
300:21 301:20 303:12
313:6 314:16,17,23
314:24 318:1,3
321:16,17 324:6
330:1 331:6,7 333:6
347:15,20 348:4,5,12
348:13,14 350:14
352:19,24 353:3
355:4 359:7 360:11
365:7 367:22 380:13
380:20 381:12 382:14
385:17 393:5 394:16
395:24 399:11,19
400:7,21 404:5 407:9
**anybody**
158:22 189:3 323:6,14
323:14 324:16 403:19
**anyone**
26:7 103:9 112:13
140:18 155:7 180:10
180:17 184:8 186:17
188:6,23 189:2,4
194:2 248:16,17
269:21 284:10 293:8
294:2 295:23 309:17
333:6 334:2 345:22
346:3 353:8,22 391:5
393:6
**anyone's**
271:23
**anything**
20:19 21:1 23:8 26:14

33:24 42:6 48:18
50:8 51:5 54:10
57:15 62:15 65:23
83:19 85:22 92:23
93:6 96:6 107:4
111:5,15 113:6
117:20,20 120:20
122:14,14 125:2,19
125:23 126:2,12,17
128:25 130:17 134:20
138:4 153:13 161:12
161:20 170:12 172:11
181:24 187:13 205:19
227:1 228:12 249:12
249:14 251:22 265:24
266:20 267:4 275:13
281:19 287:12 304:8
305:13 318:4 331:5
332:13 339:16 341:16
348:7 350:21 359:16
363:12 367:17 380:22
387:20 393:23 394:1
395:2,13,19 400:8
**anyway**
117:9 405:13
**anywhere**
329:12 391:5
**apart**
393:2
**apartment**
199:6
**apologize**
132:13 403:3
**apparently**
63:22 281:20 297:12
342:9
**appear**
392:10
**appeared**
127:5 273:5 305:7
**appears**
305:6
**applicability**
71:25
**applicable**
81:22
**applies**

170:23 172:9
**apply**
9:17 159:15,16 172:10
367:17
**applying**
173:12
**appraised**
347:11
**approach**
127:6 399:8
**approached**
351:5 373:13
**approaching**
88:23 90:4,4
**appropriate**
59:23 388:21 404:22
**appropriately**
358:9
**approval**
31:4 311:1
**approved**
73:15
**April**
15:19
**apt**
304:16
**Aram**
124:12,22 180:20
185:7,11
**area**
221:14 240:25 246:16
**areas**
242:9
**arg**
324:5
**arguably**
46:20 88:5
**argue**
236:5
**argument**
12:25 160:19,20 324:5
371:22
**argumentative**
55:12 82:25 131:3
162:14 316:23 376:2
**arguments**
322:16

**Armed**
220:19
**arms**
31:3
**Army**
220:18
**around**
22:5 38:18 69:4 224:5
224:12 342:7 369:22
371:12
**Arpaio**
113:10
**arranged**
94:17 328:25
**arrangement**
181:5
**arranging**
332:6
**arrayed**
265:7
**arrested**
17:23 31:22
**article**
4:12,14,20 61:1 127:12
165:7 217:3 224:1
228:8,9,14
**articles**
77:9
**artist**
288:8,13,18 289:10
**Ashley**
191:21,22
**Asia**
221:16
**asked**
8:16 9:3 19:17 24:17
30:6 33:22 41:4 52:5
54:12,13,14 71:14
75:13,18 79:20,22
80:14 81:8,15 86:2
90:8 96:22 97:1,2
100:5 110:6 115:20
116:6,15 134:23
140:11,23 157:24
158:17,22 163:9
166:13,15 167:1,11
185:13 194:12 209:22

Confidential Videotaped Deposition of James Risen
Conducted on June 19, 2015

413

213:21 215:2,2 222:7
226:17,19 228:9
231:9 237:17 240:8
240:11,14 246:22
260:16 265:13 271:2
274:4 280:13 285:19
293:17 301:14 311:6
335:21,25 345:3
346:23 364:7,23
367:5 371:16 383:4
387:16 400:23 401:2
406:3
**asking**
18:17 23:1,25 32:11
33:24 36:7,12 37:20
40:25 44:18 50:4
51:5 67:7,9 71:23
79:11 81:2,5 84:14
85:18 89:15,16 90:25
91:2 107:10 114:22
119:14 126:8,11,12
127:15,17 130:1
143:20 144:3 145:19
152:22,23 158:14
159:14,15,16 165:12
174:4 177:6,16
185:15 186:24 189:11
190:2 203:3 208:22
209:17 212:4 224:24
225:3 226:4,10 227:1
230:16,21 240:2
243:25 257:25 258:23
260:5 261:9 270:19
270:23 271:24 272:8
272:10 276:6,11,18
279:12 293:8 294:12
295:2 296:18 311:17
318:14 335:22 349:15
355:22 356:1,19
357:13,15,19,23
369:12 370:2 381:22
384:5,6 399:16 401:4
401:12 406:15
**asks**
81:20
**aspects**
9:2 25:24 185:14

**assault**
210:8,9 214:2
**assert**
134:21,24
**asserted**
128:22 399:1
**asserting**
135:2 136:5 140:13
**assertion**
376:24
**assertions**
78:19 79:21 80:10,13
81:7,11 111:24
397:22 399:10 400:9
**assessment**
269:10
**assets**
89:1
**assign**
307:20
**assigned**
30:4,9 181:20
**assignment**
109:2
**assistant**
369:24 374:2
**assisted**
38:25
**Associates**
191:20
**assume**
50:7 94:23 95:13 100:9
116:5 197:8,15
218:14 391:24
**assumed**
24:13
**assumes**
23:13,18 27:7 44:6
45:2 55:6 89:2 101:5
113:2 131:2 140:22
274:9,10 351:18
**assuming**
63:19 64:7 182:4 331:6
335:1 339:3 351:8
354:14
**Astronomy**
176:9

**Atlanta**
76:3 83:15
**Atlantic**
85:11 87:13 290:3
291:15 293:14
**attach**
405:15
**attached**
227:16 228:8 261:25
**attack**
88:20
**attacks**
176:14
**attempt**
59:18 86:18 333:17
**attempted**
257:22 345:6,15
376:22
**attempting**
264:6,8 352:11
**attend**
15:22
**attention**
125:10 191:20 242:23
288:2 365:1
**attorney**
44:19 45:8 51:22 52:23
54:24 56:22 59:11
64:22 76:18 80:24
82:1 87:2 90:14
93:16 94:10 96:13
97:12 99:22 120:16
128:2 136:17,24
137:24 138:12,25
141:20 142:20 144:17
149:18,21 152:18
153:3 157:4 177:20
178:10 179:19 187:3
188:1 190:15 200:20
206:4,9 212:10
224:10 233:13 237:5
242:11 243:13 266:8
266:25 276:23 283:5
286:9,20 292:17
299:16 313:10 342:22
346:17 354:12 357:7
358:3 379:25 388:14

**attorneys**
346:6
**attorney's**
100:21
**attorney/client**
53:17,20 54:9 55:3,21
56:19 57:2 64:5
149:10,14 152:18
179:11 184:22 186:22
205:22,25 206:2
271:25 273:13 274:5
276:7,16,20
**attribute**
62:19 111:5 170:19
173:23 289:14
**attributed**
296:7 338:13
**attribution**
174:1 182:10
**AT&T**
60:15 385:7 391:6
**audio**
25:11 195:20 314:17
314:23 329:19 331:7
**author**
189:24 191:19 196:5
236:18 360:10
**authorities**
16:12 89:22
**authority**
83:14 85:10 87:12 88:7
88:15,22 89:16,17
90:3,24 91:12 142:6
145:3 157:24 250:8
**authorship**
232:5
**auto**
25:18,19,22,24
**automatically**
165:9
**available**
8:15,20 9:6,9 49:3
107:24 195:19
**Avenue**
2:5 3:4,12,19 6:10
191:21
**avoid**

Confidential Videotaped Deposition of James Risen
Conducted on June 19, 2015

414

228:6 259:20 390:9
**avoiding**
294:25
**avoids**
12:7
**aware**
35:17 43:19 44:3,23
55:2,20 56:21 57:17
62:5 74:11,17 88:4,19
92:15 105:16 115:9
123:21 126:23 127:11
129:4 133:13 141:24
142:5 143:11 162:8
163:10,23 165:24
197:6,13,18,21 198:5
198:25 201:16,25
202:11 203:12,18
204:22,22 205:8
208:3,4,18,23 209:7
209:17 210:7,16
217:23 218:4,9,11,15
218:21,25 219:3,5,8,9
219:15,16 220:15,24
221:4,8,14,23 222:5
222:18 223:5 224:11
229:12 250:18,22,24
251:3,6,11,19 253:5
253:11,20 257:11,18
257:20 258:4,10,16
259:3,10,11 268:9,12
268:25 270:3 271:5
277:24 284:8 302:1
302:13 308:8 343:22
344:24 345:3 349:2
349:11 350:6 351:4
351:15,22 352:24
353:25 354:8,9,18
356:1 357:22
**away**
48:19 97:15,16,18
269:13
**axe**
268:12
**axes**
310:17
**a.m**
1:19 6:7 45:6,7,12

47:20,21 51:20,21
59:9,10 80:22,23
91:20,21 93:14,15
99:20,21 386:19
390:19,23

## B

**B**
4:7 5:1
**back**
9:1 12:8 36:11 37:1,2
43:7 44:22 46:7
47:22 51:4 61:6,8
63:5 65:6,10,12 67:25
71:7 74:21 91:23
98:19,22 104:5 118:7
118:25 123:9,13
162:20 178:14,15,22
181:12 196:13,15
207:21 214:17 237:10
248:13 249:8 252:11
253:13,21 260:22
261:17 263:9 295:6
296:16 312:20 319:15
319:25 320:2,16,24
324:17 335:23 337:3
354:20 369:25 371:17
371:19,23 382:3
383:7,8 387:1,19
388:23 390:6,8,8
391:9 392:1 399:12
401:19 405:8
**background**
30:8 269:1,1,5 279:4
279:17,19 328:7,18
382:3,5
**backing**
84:3
**backup**
65:14 110:7 114:20,22
130:16
**backward**
251:21
**bad**
117:3 134:13 141:7
211:15,23 309:6
**badger**
186:6

**badgering**
212:4 228:3,4
**bank**
258:17 347:15
**bankrupt**
260:19 262:23 263:14
**bankruptcy**
257:22,23 258:4,5,8,10
258:11,18 259:10
263:8,14
**banner**
306:4
**Banquet**
45:22
**Baquet**
45:23,24
**bar**
87:1
**barbershop**
245:12
**Barnes**
218:12
**base**
198:16,23 201:18
218:18 221:5 223:1,1
229:14,14,19,19
339:11 344:19,20
**based**
35:6 37:12,19,19 62:4
65:20 66:23 74:7
77:6 83:20 85:18
87:13,15 88:4,13,19
93:17 95:3 114:25
124:11 125:20,23
127:12 128:16 141:23
143:20 144:5 162:4
203:10 215:15,23
222:3 224:4 225:1
229:20,22 246:15
251:19 253:23 254:1
268:19 269:8 271:11
278:24 282:14 291:17
292:1,13 296:6 297:4
299:5 304:20 305:5
307:19 308:8,13
309:4,12 310:5 313:6
320:23 335:4 344:11

354:24 356:8 370:15
381:18,19 388:18
**bases**
199:1 339:14
**basic**
235:3 294:23 296:25
296:25
**basically**
94:3 104:14 217:17
244:10 249:16 268:23
301:4 322:12 332:12
333:22 362:10
**basis**
10:23 12:2 14:23 34:13
37:9 73:2 81:12
99:23 155:17,19
158:9 159:9 225:12
236:4,9 237:25
240:17 259:23 346:24
**Bates**
4:20,21,22,23,24,25
5:3,4 117:18 147:19
190:21 191:10 254:21
313:3,4,22 360:24
363:24 379:22 389:17
**bathroom**
122:25 123:4 250:20
**Bauder**
127:7,9
**bearing**
264:2
**bears**
190:21
**beat**
25:22 30:6,9,14 33:2,4
**became**
82:13 165:20 391:4
**because**
27:15 29:4 30:6 32:15
36:8 43:11 44:15
48:3,10 55:14 59:13
59:25 71:6 76:15
77:22 87:1 99:24
101:17 102:25 103:18
106:6 107:20 109:19
112:1 116:11 119:7
124:5 130:6,24 135:9

Confidential Videotaped Deposition of James Risen
Conducted on June 19, 2015

415

135:12 137:14 144:13
145:18,20 148:12,24
150:16 158:11 160:15
160:17,22 161:13
165:13 168:7 170:19
173:23 175:6 194:17
196:4 211:7 219:13
224:25 225:11 230:16
238:11 252:1 253:16
255:18 261:9 263:13
263:17 265:20 266:23
267:7 269:21 271:23
282:19 283:15 295:10
297:17 298:13,23
299:10 309:7 310:10
315:7 324:8 328:20
329:25 331:23 335:23
342:9 348:7 351:12
355:8 356:7 365:16
367:1 368:14,18
375:11 381:13 385:6
388:24 394:21 397:9
399:10 401:4,12
**become**
26:16 327:15
**becomes**
165:9
**becoming**
301:22
**been**
11:19 13:11 17:21,23
17:25 18:5,23 29:20
38:22 42:16 48:10
56:12 63:18 68:5,17
68:18 70:24 71:3
72:18 74:20 83:5
87:18 90:8 100:8,14
102:16 103:18 105:24
110:3 114:2 117:10
127:19 128:5 140:23
146:5 151:22 162:9
162:19,24 163:10,18
164:2 167:1 175:1
180:6 183:16 185:11
190:20 194:16 196:19
199:12 200:11 201:12
201:14 205:19 206:21

207:12 209:2 210:2
213:11 214:16 216:8
216:17,18 220:3,7,11
221:23 224:7 225:14
233:14 236:8 237:18
238:6,7 240:21 243:1
249:10 250:15 253:7
253:10 260:18,19,20
262:22 263:6,14
266:23,23 267:22,23
268:11 269:23 273:4
273:6 278:9 280:11
281:5 288:6,8,18,20
293:17,20,23 295:9
295:11 299:20 302:25
304:10,10,16,21
305:6 308:16 309:10
309:11 310:11,17
313:18,20 315:16
316:16 318:15,20
319:14 320:1,3,25
331:13 335:10,13,25
336:10,17 339:22
345:21,21 347:11
351:25 352:25 354:22
356:13 363:10 371:5
371:9,10 384:4
385:14,19,20,21
394:10 396:12 397:2
397:7,23,24 398:1
400:2
**before**
2:10 7:14 29:21 30:9
37:4 43:21 53:14
64:19 69:8,13,14
78:14 87:22 92:22,24
98:4 100:1 108:11,18
124:15 132:21 140:3
142:22 150:25 163:2
165:20 176:12 177:3
196:13 204:20 208:12
210:4,12,17 213:4,16
213:20 214:16 216:20
216:22 218:6 219:20
219:21 220:12,13
232:4 234:5 238:5
245:1,17 255:19

256:8 269:15 280:14
287:18 299:21 328:11
336:21 342:11 351:11
351:25 359:6 371:3
380:16 395:14 396:3
396:4,7,9,15 407:3
**began**
12:24 71:19 153:21
325:14 366:8,9
**begin**
7:14 15:14 191:15
325:10
**beginning**
25:16 29:22 91:22 92:7
178:21 190:23 191:15
312:19
**begins**
6:2 237:16
**behalf**
3:2,8 44:24 60:1
110:21 112:11 230:22
231:10 248:3 260:17
383:8 398:17
**behind**
169:22 289:21 291:1
389:6
**being**
7:10 10:21 30:9 33:3
49:6 54:11 74:14
75:6 88:5 93:10
106:8 107:8 116:11
122:1 128:9 130:13
146:24 195:12 208:7
208:17 221:1 224:17
226:2,12 243:22
268:16 288:8,18
289:10 307:7 311:7
317:5,14 318:16
329:17 375:16 405:19
**believe**
12:5 16:15 18:11 42:14
51:23 56:3 65:17
88:14 91:11 101:21
101:22 104:23 105:24
114:14,15,18 115:14
117:16,23 122:2
126:15 128:10 160:17

165:15,20 179:17
190:5 191:9 205:20
213:18 214:13,25
215:8,9 218:22 221:3
222:23 229:22 231:6
231:14 240:16 241:20
242:20 253:7,9 257:8
264:16,22,24 265:19
268:5 269:4 272:12
275:13 281:12 283:25
285:11 287:11 289:23
290:11,13,19,19
291:4 297:11 299:7
299:10 301:25 303:10
305:9 312:22 327:19
335:18 338:10 340:5
342:1 349:21 352:19
355:1,3 359:24,25
361:14 380:23 385:17
**believed**
110:5 216:2 244:5
254:9 267:24 274:23
291:9,12 317:9 332:4
333:12 338:14
**belittle**
207:25 352:2,12
**Bennett**
191:20,22 192:1
**bent**
251:21
**Berkeley**
191:18
**besides**
265:1
**best**
93:11 169:12 194:18
194:20,21,22,23
195:10,22 232:18,23
233:6 325:10,10
385:15
**Bethesda**
15:23 16:2,7,9,17,20
16:25 17:9
**betrayed**
370:14 375:4
**better**
25:8 46:2 63:6 125:25

Confidential Videotaped Deposition of James Risen
Conducted on June 19, 2015

416

310:2 390:10
**between**
55:3,21 56:22 57:2
58:21 77:20 98:13
103:6 127:19 149:18
181:13 182:2 188:17
191:17 194:15 232:12
244:1 272:2 277:25
300:21 308:15 335:6
366:6 380:3
**beyond**
7:21 77:9
**big**
21:23 30:19,20 113:17
131:24 132:2 151:17
197:9 309:21 327:3,7
377:10 392:20
**bigger**
131:18 327:6,22
395:13 396:12
**biggest**
31:5 325:25 326:1,2,4
326:8,11,15,20
327:16,20 337:24
338:3 374:17 392:18
**bill**
100:12 156:16 251:4
292:21 330:24 331:6
331:9
**billed**
382:20,24
**billions**
235:10,13
**bin**
202:15
**bit**
89:4 166:9 180:21
393:16
**bitter**
257:12,20
**blame**
298:24 323:6,10,11
324:9,9
**blamed**
308:11
**blaming**
323:9

**blanket**
11:14 12:2 397:16
**Blix**
218:16 219:6
**Blixeth**
147:17
**Blixseth**
218:16,16 219:12
252:22 253:15 254:11
254:25 255:4,23
257:11,21 258:1
260:18,20 262:22
263:16,23 264:4,12
265:3,12,14 267:4,10
267:15 277:2 287:16
329:5 345:1 385:12
385:13
**Blixseth's**
219:6 254:14 258:5
265:23
**block**
301:20 302:4
**blocking**
311:2
**blood**
236:14
**Bloomberg**
74:22 77:3 206:20
214:16 217:6 220:4
278:20 360:1
**blueprints**
134:3,9,11,13
**BLXWARE**
216:24 229:13,22
267:12 297:15 344:20
344:25 350:16,21
354:1 361:15
**boatlift**
21:25
**bodily**
210:15
**Bogden**
354:12
**bogus**
104:13 110:5 284:16
284:21,22 285:3
**bomb**

240:5
**Bonanno**
349:8
**bonds**
348:5
**book**
4:11 33:9 38:25 39:15
39:21,23 40:6 41:14
44:13 58:12 60:10,22
60:23 62:21 67:12
72:4 73:9,18 74:4,12
74:19 75:5 76:9,13,16
76:25 77:4 78:2,16,24
79:2 82:13,13 83:7
84:2,4,6,6,13,16,20
84:25 85:1,5 86:2,3,9
87:6 88:17 89:20
90:11 93:21 94:20
98:9 101:1 107:15
109:17 111:10 113:24
114:1 122:23 130:13
130:17 131:8 134:1,6
134:15 140:8 147:11
151:21 152:5 153:21
154:4 157:22 159:24
163:22 164:9,10,11
164:14 165:7 167:17
168:1,5,10,18 169:13
170:1,3,6,15,20,25
171:3 172:6,10,15,22
173:5,12,18,24 174:3
174:8,21,23,25 175:2
175:5 180:13,17
181:3,10,21,25 182:1
182:9 183:24 185:2
185:22 189:22 192:21
193:2,6,25 195:4,12
199:22 206:15,17
208:12 214:14 216:22
218:11 219:20,22
220:13 230:21,21
232:9 234:25 235:3,6
235:17,18,24 236:11
239:1,25 243:7 246:7
252:2 255:5,6,9,13
256:7,12,14 257:2,15
258:9,25 259:15

260:7,13 267:17
268:14,21 281:18,24
282:16 287:18,19
296:17 297:1,9,10
298:4 299:11,11
300:11,15 302:23,24
310:8 321:5,8 322:19
322:21 330:22 332:25
334:15 337:3,7
343:11 344:3 350:25
351:3 352:2 359:8
360:10 365:7,18
367:22 369:10 373:3
374:6,23 375:1 376:9
376:11,12,12,20
377:8,11 378:2,4,14
378:15 382:11,14
388:8 394:22 396:24
396:25 398:5,12,14
399:3,3 402:1,2,3,5,6
402:8
**books**
74:7 82:22 130:24
151:8 189:24 193:24
195:25 196:8,15,19
197:7 203:14 218:13
232:6,8,9,16 395:25
**born**
15:18
**Bosnia**
30:23 31:3
**Boston**
191:18
**botched**
134:1
**both**
13:12 48:20 58:11
94:19 103:19 161:23
182:11 186:10 194:7
235:18,18,19,20
236:5,12 243:7,10
248:24 253:1,5
256:10 278:19 281:24
283:17 290:13 297:9
306:9 310:20 327:7
331:21 335:8 344:2
386:25 387:4