UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

| | |
|---|---|
| DENNIS L. MONTGOMERY, | |
| Plaintiff, | No. 1:15-mc-00363-P1 |
| v. | |
| SIMON & SCHUSTER, | ECF Case |
| and | |
| PRISCILLA PAINTON, | |
| and | **DECLARATION OF** |
| TINA BENNETT, | <u>**SVETLANA KATZ**</u> |
| Defendants. | |

------------------------------------ x

SVETLANA KATZ, of full age, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1.  I am an employee of William Morris Endeavor ("WME") and the administrative assistant to Tina Bennett ("Bennett"). I am fully familiar with the facts set forth in this Declaration, which I make in support of Bennett's (a) opposition to the motion of Dennis L. Montgomery ("Montgomery") to compel Bennett to comply with a subpoena issued to her (the "Subpoena") and for leave to conduct Bennett's deposition by videoconference; and (b) cross-motion to quash or modify the Subpoena.

2.  I have been advised that Raymond Hollingsworth, a process server employed by Montgomery's counsel, has attested that he served the Subpoena on me on October 20, 2015 at 1:13 p.m. by leaving a copy of the Subpoena with me. That is not correct, as neither Mr.

Hollingsworth nor any other individual ever left the Subpoena with me, either on October 20, 2015 or any other date.

3. Rather, the Subpoena was delivered by Hollingsworth or someone else to the mailroom of WME's New York office and was eventually routed to me.

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct.

Dated: November 23, 2015

_____
SVETLANA KATZ