## MARINO, TORTORELLA & BOYLE, P.C.
### ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D TORTORELLA*+
JOHN A. BOYLE*
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

e-mail: kmarino@khmarino.com

* ALSO ADMITTED IN NEW YORK
+ALSO ADMITTED IN PENNSYLVANIA

November 24, 2015

**VIA ECF**
Honorable Denise L. Cote, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *Dennis L. Montgomery v. Simon & Schuster, et al.*
            Case No. 1:15-mc-00363-P1

Dear Judge Cote:

    We represent defendant Tina Bennett in this matter. Early today, plaintiff's counsel filed a supplemental declaration attaching some but not all of the emails exchanged by or on behalf of Mr. Klayman and me between Friday, November 5 and Sunday, November 7, 2015, with respect to the subpoena he issued for Ms. Bennett's deposition. We wish to make all of those emails part of the record on this motion, but did not want to file a supplemental declaration attaching them without leave of court. Accordingly, if our proposal to augment the record with those emails meets with your Honor's approval, we respectfully request that you grant us leave to file a declaration attaching them by so ordering this letter.

    Thank you for your consideration of this request.

                               Respectfully yours,

                               Kevin H. Marino

Counsel for Defendant Tina Bennett is hereby granted leave to file a supplemental declaration as described in this letter.

SO ORDERED.

_____
Honorable Denise L. Cote, U.S.D.J.