UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS L. MONTGOMERY,

                Plaintiff,

v.

SIMON & SCHUSTER,

and

PRISCILLA PAINTON,

and

TINA BENNETT,

                Defendants.

Civil Action No. 15-mc-00363-P1

## RESPONSE IN OPPOSITION TO
## THE MOTION FOR ADMISSION *PRO HAC VICE* OF LARRY KLAYMAN

      For the reasons set forth in their Memorandum of Law in Opposition to Plaintiff Dennis

L. Montgomery's Motion to Compel, ECF No. 22, James Risen, Houghton Mifflin Harcourt

Publishing Company, and Houghton Mifflin Harcourt Company, improperly sued as HMH

Holdings, Inc. — each a defendant in the action *Montgomery v. Risen*, No. 15-cv-20782-JEM

(S.D. Fla. filed Feb. 24, 2015) — oppose the Motion for Admission *Pro Hac Vice* of Larry

Klayman, ECF Nos. 24, 27, who seeks to appear for Plaintiff in this proceeding.[1]  Raymond

Negron, Esq. has already appeared for Plaintiff and has filed the Motion to Compel on his behalf.

---

[1] "Although *pro hac vice* admissions are routinely granted, the Court's decision to do so is not simply a *pro forma* exercise, and there are occasions where such applications have been denied." *Sedona Corp. v. Ladenburg Thalmann & Co.*, 2003 WL 22339357, at *3 (S.D.N.Y. Oct. 14, 2003).

November 27, 2015

Respectfully submitted,

/s/ Laura R. Handman

**DAVIS WRIGHT TREMAINE LLP**
Laura R. Handman (Bar No. LRH5353)
  laurahandman@dwt.com
1919 Pennsylvania Ave., NW, Suite 800
Washington, D.C.  20006
Tel.: (202) 973-4200
Fax: (202) 973-4499

**CERTIFICATE OF SERVICE**

I certify that on November 27, 2015, I served the foregoing Response in Opposition to the Motion for Admission *Pro Hac Vice* of Larry Klayman on the Clerk of the Court and counsel of record by ECF.


                                            /s/ Laura R. Handman
                                            Laura R. Handman