UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :

DENNIS L. MONTGOMERY,          :     No. 1:15-mc-00363-P1
                                   :

          Plaintiff,      :     ECF Case
                                   :

   v.                        :
                                   :     **SUPPLEMENTAL**

SIMON & SCHUSTER,          :     **DECLARATION OF**
                                   :     **<u>KEVIN H. MARINO</u>**

and                           :

PRISCILLA PAINTON,          :

and                           :

TINA BENNETT,             :
          Defendants.   :
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       KEVIN H. MARINO, of full age, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

       1.     I am an attorney-at-law of the State of New Jersey and a member of the law firm Marino, Tortorella & Boyle, P.C., attorneys for Non-Party Tina Bennett ("Bennett") in this matter. I am fully familiar with the facts of this case and submit this Supplemental Declaration, which attaches copies of my email communications with Larry Klayman from November 5 through November 7, 2015, in further support of Bennett's opposition to the motion of Plaintiff, Dennis L. Montgomery ("Montgomery"), to compel her to comply with a subpoena to take her deposition via videoconference (the "Subpoena"), and in support of her cross-motion to quash or modify the Subpoena.

       2.     Attached as Exhibit A is a true and correct copy of an email dated November 5, 2015, from Kevin Marino to Larry Klayman.

3.      Attached as Exhibit B is a true and correct copy of an email dated November 5, 2015, from Dina James to Kevin Marino and Larry Klayman, attaching an Affidavit of Process Server.

4.      Attached as Exhibit C is a true and correct copy of an email dated November 5, 2015, from Kevin Marino to Larry Klayman.

5.      Attached as Exhibit D is a true and correct copy of an email dated November 5, 2015, from Larry Klayman to Kevin Marino.

6.      Attached as Exhibit E is a true and correct copy of an email dated November 6, 2015, from Larry Klayman to Andrew Nieh, copying Kevin Marino, Dina James and others.

7.      Attached as Exhibit F is a true and correct copy of an email dated November 6, 2015, from Kevin Marino to Larry Klayman and Andrew Nieh.

8.      Attached as Exhibit G is a true and correct copy of an email dated November 6, 2015, from Larry Klayman to Kevin Marino.

9.      Attached as Exhibit H is a true and correct copy of an email dated November 7, 2015, from Kevin Marino to Larry Klayman and Andrew Nieh.

10.      Attached as Exhibit I is a true and correct copy of an email dated November 7, 2015, from Larry Klayman to Kevin Marino.

11.      Attached as Exhibit J is a true and correct copy of an email dated November 7, 2015, from Kevin Marino to Larry Klayman.

12.      Attached as Exhibit K is a true and correct copy of an email dated November 7, 2015, from Larry Klayman to Kevin Marino.

13.      Attached as Exhibit L is a true and correct copy of an email dated November 7, 2015, from Kevin Marino to Larry Klayman.

14.     Attached as Exhibit M is a true and correct copy of an email dated November 7, 2015, from Larry Klayman to Kevin Marino.

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct.

Dated:  November 30, 2015

/s/ Kevin H. Marino

Kevin H. Marino
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
(973) 824-9300
*Attorneys for Non-Party Tina Bennett*

# EXHIBIT A

**Kevin Marino**

**From:**          Kevin Marino
**Sent:**          Thursday, November 05, 2015 5:12 PM
**To:**            'leklayman@gmail.com'
**Subject:**       Montgomery v. Risen

Dear Mr. Klayman,

I represent Tina Bennett with respect to the subpoena you caused to issue for her deposition in the captioned matter.  I left a voicemail for you a moment ago, asking that you call.  Please reach me at my office number below or on my cell, 973-715-5315.

Thanks,

Kevin H. Marino, Esq.
Marino, Tortorella & Boyle, P.C.
437 Southern Boulevard
Chatham, NJ  07928-1488
Phone:  973-824-9300
Fax:  973-824-8425

# EXHIBIT B

**Kevin Marino**

**From:**            Dina James <daj142182@gmail.com>
**Sent:**            Thursday, November 05, 2015 5:32 PM
**To:**              Kevin Marino; Larry Klayman
**Subject:**         Montgomery v. Risen
**Attachments:**     Tina Bennett Proof of Service .pdf

Mr. Marino:

Attached is the affidavit of the process server who served Ms. Bennett.

As discussed, what we seek are documents and testimony concerning the reasons why Simon & Schuster did not and/or refused to publish the Book by James Risen, Pay Any Price.

Please contact Mr. Klayman at (310) 595-0800 or myself at (310) 770-9712 with any questions.

Thank you.

Dina James
on behalf of Larry Klayman

# Affidavit of Process Server

UNITED STATES DISTRICT COURT for the Southern District of Florida
(NAME OF COURT)

MONTGOMERY ___ vs RISEN, et al ___ 15-cv-20782

PLAINTIFF/PETITIONER ___ DEFENDANT/RESPONDENT ___ CASE NUMBER

I RAYMOND HOLLINGSWORTH _____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served TINA BENNETT
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

by leaving with SVETLANA KATZ ____ ADMINISTRATIVE ASSISTANT TO DEFENDANT At
NAME ____ RELATIONSHIP

☐ Residence _____
ADDRESS ____ CITY / STATE

☑ Business WILLIAM MORRIS ENDEAVOR, 11 MADISON AVENUE ____ NEW YORK, NY 10019
ADDRESS ____ CITY / STATE

On OCTOBER 20, 2015 _____ AT 1:13 PM
DATE ____ TIME

☑ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on OCTOBER 21, 2015
DATE

from NEW YORK ____ NY ____ 10001
CITY ____ STATE ____ ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other _____

**Service Attempts:** Service was attempted on: (1)_____ _____ (2)_____ _____
DATE ____ TIME ____ DATE ____ TIME

(3)_____ _____ (4)_____ _____ (5)_____ _____
DATE ____ TIME ____ DATE ____ TIME ____ DATE ____ TIME

**Description:** Age 30s ___ Sex F ___ Race WHT ___ Height 5'7" ___ Weight 140s ___ Hair BRN ___ Beard NO ___ Glasses YES

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 22nd day of OCTOBER, 20 15, by RAYMOND HOLLINGSWORTH
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ARLETTE SIMMONS
Notary Public State of New York
No: 01SI5162427
Qualified in New York County
My Commission Expires November 05, 20__

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of NEW YORK

# EXHIBIT C

**Kevin Marino**

| | |
|---|---|
| **From:** | Kevin Marino |
| **Sent:** | Thursday, November 05, 2015 5:38 PM |
| **To:** | 'Larry Klayman' |
| **Cc:** | 'Dina James' |
| **Subject:** | RE: Montgomery v. Risen |

Larry,

Nice chatting with you.  As we discussed, please confirm that this email request for Ms. Bennett's documents and testimony concerning the reasons why Simon & Schuster did not and/or refused to publish the Book by James Risen, Pay Any Price supersedes your 23-item document request (Attachment A), which has been withdrawn.

I will confer with Ms. Bennett regarding your request for her consent to proceeding by videoconference.  In the meantime, can you tell me if there is a reason why you have noticed her deposition for 1345 Avenue of the Americas?   It would be much more convenient to do the deposition at my office in Chatham, New Jersey.  Please advise.

Thanks,

Kevin

From: Dina James [mailto:daj142182@gmail.com]
Sent: Thursday, November 05, 2015 5:32 PM
To: Kevin Marino <kmarino@khmarino.com>; Larry Klayman <leklayman@gmail.com>
Subject: Montgomery v. Risen

Mr. Marino:

Attached is the affidavit of the process server who served Ms. Bennett.

As discussed, what we seek are documents and testimony concerning the reasons why Simon & Schuster did not and/or refused to publish the Book by James Risen, Pay Any Price.

Please contact Mr. Klayman at (310) 595-0800 or myself at (310) 770-9712 with any questions.

Thank you.

Dina James

on behalf of Larry Klayman

# EXHIBIT D

**Kevin Marino**

| | |
|---|---|
| **From:** | Larry Klayman <leklayman@gmail.com> |
| **Sent:** | Thursday, November 05, 2015 5:50 PM |
| **To:** | Kevin Marino |
| **Cc:** | Dina James |
| **Subject:** | Re: Montgomery v. Risen |

Yes, we can limit the production in this way, with full reservation of all rights.

The deposition was noticed there because that is where the court reporter is located.

Best,

LK

On Thu, Nov 5, 2015 at 2:38 PM, Kevin Marino <kmarino@khmarino.com
<mailto:kmarino@khmarino.com> > wrote:


Larry,


Nice chatting with you.  As we discussed, please confirm that this email request for Ms.
Bennett's documents and testimony concerning the reasons why Simon & Schuster did not
and/or refused to publish the Book by James Risen, Pay Any Price supersedes your 23-item
document request (Attachment A), which has been withdrawn.


I will confer with Ms. Bennett regarding your request for her consent to proceeding by
videoconference.  In the meantime, can you tell me if there is a reason why you have noticed
her deposition for 1345 Avenue of the Americas?   It would be much more convenient to do
the deposition at my office in Chatham, New Jersey.  Please advise.


Thanks,

Kevin

From: Dina James [mailto:daj142182@gmail.com <mailto:daj142182@gmail.com> ]
Sent: Thursday, November 05, 2015 5:32 PM
To: Kevin Marino <kmarino@khmarino.com <mailto:kmarino@khmarino.com> >; Larry
Klayman <leklayman@gmail.com <mailto:leklayman@gmail.com> >
Subject: Montgomery v. Risen


Mr. Marino:


Attached is the affidavit of the process server who served Ms. Bennett.


As discussed, what we seek are documents and testimony concerning the reasons why
Simon & Schuster did not and/or refused to publish the Book by James Risen, Pay Any Price.


Please contact Mr. Klayman at (310) 595-0800 <tel:%28310%29%20595-0800>  or
myself at (310) 770-9712 <tel:%28310%29%20770-9712>  with any questions.


Thank you.


Dina James

on behalf of Larry Klayman


The information contained in this E-mail communication is transmitted by an
attorney. It is privileged and confidential, intended only for the use of the
individual or entity named above. If the reader of this message is not the

intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this E-mail communication is strictly prohibited. If this E-mail communication has been received in error,please immediately return the message by E-mail to pgomes@khmarino.com <mailto:pgomes@khmarino.com> . Thank you.

# EXHIBIT E

**Kevin Marino**

| | |
|---|---|
| **From:** | Larry Klayman <leklayman@gmail.com> |
| **Sent:** | Friday, November 06, 2015 2:33 PM |
| **To:** | andrew.nieh@cbs.com |
| **Cc:** | Handman, Laura; Brian.Toth@hklaw.com; Ratner, Micah; <Sandy.Bohrer@hklaw.com>; Kevin Marino; Dina James |
| **Subject:** | Simon and Shuster and Painton Depositions and Tina Bennett |

Your last correspondence of today is not in good faith.

While the depositions of your clients cannot proceed Monday, November 9, 2015 due to your obstructionist tactics, we will be moving the Southern District on an expedited basis to enforce the subpoenas, including the one for Tina Bennett which call for document production and testimony on the following day, November 10, 2015. Once filed, we will provide the pleadings to you and the other counsel of record.

In the meantime, all counsel should let me know if they consent to our motion to compel video-conference depositions so we can represent this to the federal court. Pl let me know in the next few hours, as we are hoping to file today.

Govern yourself accordingly.

Larry Klayman

# EXHIBIT F

**Kevin Marino**

| | |
|---|---|
| **From:** | Kevin Marino |
| **Sent:** | Friday, November 06, 2015 6:28 PM |
| **To:** | 'Larry Klayman'; 'andrew.nieh@cbs.com' |
| **Cc:** | 'Handman, Laura'; 'Brian.Toth@hklaw.com'; 'Ratner, Micah'; '<Sandy.Bohrer@hklaw.com>'; 'Dina James' |
| **Subject:** | RE: Simon and Shuster and Painton Depositions and Tina Bennett |

Larry,

I am sorry but we cannot consent to produce Ms. Bennett for a videoconference deposition on Tuesday.  While we are attempting to gather the documents you have agreed to accept in lieu of the 23 items requested in Attachment A to your subpoena—that is, documents "concerning the reasons why Simon & Schuster did not and/or refused to publish . . . Pay Any Price"—I cannot imagine you will be able to identify and forward to me the exhibits you plan to use in examining Ms. Bennett on Tuesday.  In all events, Ms. Bennett's deposition should await resolution of your motion to enforce the subpoena.   Kindly copy me on that motion when it is filed.

Thanks,

Kevin

From: Larry Klayman [mailto:leklayman@gmail.com]
Sent: Friday, November 06, 2015 2:33 PM
To: andrew.nieh@cbs.com
Cc: Handman, Laura <laurahandman@dwt.com>; Brian.Toth@hklaw.com; Ratner, Micah <MicahRatner@dwt.com>; <Sandy.Bohrer@hklaw.com> <Sandy.Bohrer@hklaw.com>; Kevin Marino <kmarino@khmarino.com>; Dina James <daj142182@gmail.com>
Subject: Simon and Shuster and Painton Depositions and Tina Bennett

Your last correspondence of today is not in good faith.

While the depositions of your clients cannot proceed Monday, November 9, 2015 due to your obstructionist tactics, we will be moving the Southern District on an expedited basis to enforce the subpoenas, including the one for Tina Bennett which call for document production and testimony on the following day, November 10, 2015. Once filed, we will provide the pleadings to you and the other counsel of record.

In the meantime, all counsel should let me know if they consent to our motion to compel video-conference depositions so we can represent this to the federal court. Pl let me know in the next few hours, as we are hoping to file today.

Govern yourself accordingly.

Larry Klayman

# EXHIBIT G

**Kevin Marino**

| | |
|---|---|
| **From:** | Larry Klayman <leklayman@gmail.com> |
| **Sent:** | Friday, November 06, 2015 6:43 PM |
| **To:** | Kevin Marino |
| **Cc:** | Dina James; Naveed Mahboohian |
| **Subject:** | RE: Simon and Shuster and Painton Depositions and Tina Bennett |

Since you have reneged on our proposed attempt to reach an accomodation and as we reserved all rights as I suspected that the Defendants counsel would intervene and dissuade you not to be cooperative and your client has not objected timely to the subpoena duces tecum that was properly and duly served on her and has waived any belated objections, we will require full production of documents and related testimony.

Have a nice weekend.

Larry Klayman

On Nov 6, 2015 3:29 PM, "Kevin Marino" <kmarino@khmarino.com <mailto:kmarino@khmarino.com> > wrote:

Larry,

I am sorry but we cannot consent to produce Ms. Bennett for a videoconference deposition on Tuesday.  While we are attempting to gather the documents you have agreed to accept in lieu of the 23 items requested in Attachment A to your subpoena—that is, documents "concerning the reasons why Simon & Schuster did not and/or refused to publish . . . Pay Any Price"—I cannot imagine you will be able to identify and forward to me the exhibits you plan to use in examining Ms. Bennett on Tuesday.  In all events, Ms. Bennett's deposition should await resolution of your motion to enforce the subpoena.   Kindly copy me on that motion when it is filed.

Thanks,

Kevin

From: Larry Klayman [mailto:leklayman@gmail.com <mailto:leklayman@gmail.com> ]
Sent: Friday, November 06, 2015 2:33 PM
To: andrew.nieh@cbs.com <mailto:andrew.nieh@cbs.com>
Cc: Handman, Laura <laurahandman@dwt.com <mailto:laurahandman@dwt.com> >;
Brian.Toth@hklaw.com <mailto:Brian.Toth@hklaw.com> ; Ratner, Micah
<MicahRatner@dwt.com <mailto:MicahRatner@dwt.com> >; <Sandy.Bohrer@hklaw.com
<mailto:Sandy.Bohrer@hklaw.com> > <Sandy.Bohrer@hklaw.com
<mailto:Sandy.Bohrer@hklaw.com> >; Kevin Marino <kmarino@khmarino.com
<mailto:kmarino@khmarino.com> >; Dina James <daj142182@gmail.com
<mailto:daj142182@gmail.com> >
Subject: Simon and Shuster and Painton Depositions and Tina Bennett

Your last correspondence of today is not in good faith.

While the depositions of your clients cannot proceed Monday, November 9, 2015 due to your obstructionist tactics, we will be moving the Southern District on an expedited basis to enforce the subpoenas, including the one for Tina Bennett which call for document production and testimony on the following day, November 10, 2015. Once filed, we will provide the pleadings to you and the other counsel of record.

In the meantime, all counsel should let me know if they consent to our motion to compel video-conference depositions so we can represent this to the federal court. Pl let me know in the next few hours, as we are hoping to file today.

Govern yourself accordingly.

Larry Klayman

The information contained in this E-mail communication is transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this E-mail communication is strictly prohibited. If this E-mail communication has been received in error,please immediately return the message by E-mail to pgomes@khmarino.com <mailto:pgomes@khmarino.com> . Thank you.

# EXHIBIT H

**Kevin Marino**

| | |
|---|---|
| **From:** | Kevin Marino |
| **Sent:** | Saturday, November 07, 2015 2:53 PM |
| **To:** | 'Larry Klayman'; andrew.nieh@cbs.com |
| **Cc:** | Handman, Laura; Brian.Toth@hklaw.com; Ratner, Micah; <Sandy.Bohrer@hklaw.com>; Dina James; John Boyle |
| **Subject:** | RE: Simon and Shuster and Painton Depositions and Tina Bennett |

Larry,

As you know, we represent Tina Bennett in this matter.  I left a message for you this morning but, having not heard back from you, I thought it wise to convey my position with respect to your subpoena for testimony and documents from Ms. Bennett via email.  Specifically, I write to make certain that you understand that, in light of (a) your cancellation of the  Simon & Shuster and Painton depositions (scheduled for Monday); (b) your threatened motion to enforce your subpoenas for those depositions and that of Ms. Bennett (scheduled for Tuesday); (c) your failure to provide me with the exhibits you intend to use at Ms. Bennett's deposition; and (d) your statement—despite agreeing that you would withdraw your 23-item document request in favor of a request that Ms. Bennett provide you with testimony and documents "concerning the reasons why Simon & Schuster did not and/or refused to publish . . . Pay Any Price"—that you were acting "with full reservation of all rights" (apparently so that you can compel Ms. Bennett's deposition and documents at a later date if you so choose), we will not produce Ms. Bennett for her deposition on Tuesday or provide you with any documents responsive to your subpoena pending an order of the court. Rather, we will await your motion to compel, will oppose that motion when we receive it, and will abide whatever order the court enters with respect to that motion.

Please understand that Ms. Bennett has no intention of disregarding any lawful order of the court, including an order compelling her deposition and production of documents.  To the contrary, it has been and remains her intention to cooperate with you in every way.  But given the dispute that has arisen with respect to your subpoena and that for the related S & S and Painton depositions, we think it prudent to await resolution of that dispute before producing Ms. Bennett for deposition or providing you with any documents in response to your subpoena.

If you have any questions, please call me.  Thank you for your attention to this matter.


Best,

Kevin




From: Larry Klayman [mailto:leklayman@gmail.com]
Sent: Friday, November 06, 2015 2:33 PM
To: andrew.nieh@cbs.com
Cc: Handman, Laura <laurahandman@dwt.com>; Brian.Toth@hklaw.com; Ratner, Micah <MicahRatner@dwt.com>; <Sandy.Bohrer@hklaw.com> <Sandy.Bohrer@hklaw.com>; Kevin Marino <kmarino@khmarino.com>; Dina James <daj142182@gmail.com>
Subject: Simon and Shuster and Painton Depositions and Tina Bennett



Your last correspondence of today is not in good faith.


While the depositions of your clients cannot proceed Monday, November 9, 2015 due to your obstructionist tactics, we will be moving the Southern District on an expedited basis to enforce the subpoenas, including the one for Tina Bennett which call for document production and testimony on the following day, November 10, 2015. Once filed, we will provide the pleadings to you and the other counsel of record.



In the meantime, all counsel should let me know if they consent to our motion to compel video-conference depositions so we can represent this to the federal court. Pl let me know in the next few hours, as we are hoping to file today.



Govern yourself accordingly.

Larry Klayman

# EXHIBIT I

**Kevin Marino**

| | |
|---|---|
| **From:** | Larry Klayman <leklayman@gmail.com> |
| **Sent:** | Saturday, November 07, 2015 3:19 PM |
| **To:** | Kevin Marino |
| **Cc:** | John Boyle; Ratner, Micah; <Sandy.Bohrer@hklaw.com>; andrew.nieh@cbs.com; Dina James; Brian.Toth@hklaw.com; Handman, Laura |
| **Subject:** | RE: Simon and Shuster and Painton Depositions and Tina Bennett |

We did not cancel any depositions. Simon and Shuster and Painton refused to appear and obey the subpoenas. Your client has waived any objections. I will respond in more detail later. Your email is not in good faith.

On Nov 7, 2015 11:53 AM, "Kevin Marino" <kmarino@khmarino.com <mailto:kmarino@khmarino.com> > wrote:

Larry,


As you know, we represent Tina Bennett in this matter.  I left a message for you this morning but, having not heard back from you, I thought it wise to convey my position with respect to your subpoena for testimony and documents from Ms. Bennett via email. Specifically, I write to make certain that you understand that, in light of (a) your cancellation of the  Simon & Shuster and Painton depositions (scheduled for Monday); (b) your threatened motion to enforce your subpoenas for those depositions and that of Ms. Bennett (scheduled for Tuesday); (c) your failure to provide me with the exhibits you intend to use at Ms. Bennett's deposition; and (d) your statement—despite agreeing that you would withdraw your 23-item document request in favor of a request that Ms. Bennett provide you with testimony and documents "concerning the reasons why Simon & Schuster did not and/or refused to publish . . .  Pay Any Price"—that you were acting "with full reservation of all rights" (apparently so that you can compel Ms. Bennett's deposition and documents at a later date if you so choose), we will not produce Ms. Bennett for her deposition on Tuesday or provide you with any documents responsive to your subpoena pending an order of the court. Rather, we will await your motion to compel, will oppose that motion when we receive it, and will abide whatever order the court enters with respect to that motion.

Please understand that Ms. Bennett has no intention of disregarding any lawful order of the court, including an order compelling her deposition and production of documents.  To the contrary, it has been and remains her intention to cooperate with you in every way.  But given the dispute that has arisen with respect to your subpoena and that for the related S & S and Painton depositions, we think it prudent to await resolution of that dispute before producing Ms. Bennett for deposition or providing you with any documents in response to your subpoena.

If you have any questions, please call me.  Thank you for your attention to this matter.

Best,

Kevin

From: Larry Klayman [mailto:leklayman@gmail.com <mailto:leklayman@gmail.com> ]
Sent: Friday, November 06, 2015 2:33 PM
To: andrew.nieh@cbs.com <mailto:andrew.nieh@cbs.com>
Cc: Handman, Laura <laurahandman@dwt.com <mailto:laurahandman@dwt.com> >;
Brian.Toth@hklaw.com <mailto:Brian.Toth@hklaw.com> ; Ratner, Micah
<MicahRatner@dwt.com <mailto:MicahRatner@dwt.com> >; <Sandy.Bohrer@hklaw.com
<mailto:Sandy.Bohrer@hklaw.com> > <Sandy.Bohrer@hklaw.com
<mailto:Sandy.Bohrer@hklaw.com> >; Kevin Marino <kmarino@khmarino.com
<mailto:kmarino@khmarino.com> >; Dina James <daj142182@gmail.com
<mailto:daj142182@gmail.com> >
Subject: Simon and Shuster and Painton Depositions and Tina Bennett

Your last correspondence of today is not in good faith.

While the depositions of your clients cannot proceed Monday, November 9, 2015 due to your obstructionist tactics, we will be moving the Southern District on an expedited basis to enforce the subpoenas, including the one for Tina Bennett which call for document production

and testimony on the following day, November 10, 2015. Once filed, we will provide the pleadings to you and the other counsel of record.


In the meantime, all counsel should let me know if they consent to our motion to compel video-conference depositions so we can represent this to the federal court. Pl let me know in the next few hours, as we are hoping to file today.


Govern yourself accordingly.


Larry Klayman




The information contained in this E-mail communication is transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this E-mail communication is strictly prohibited. If this E-mail communication has been received in error,please immediately return the message by E-mail to pgomes@khmarino.com <mailto:pgomes@khmarino.com> . Thank you.

# EXHIBIT J

**Kevin Marino**

| | |
|---|---|
| **From:** | Kevin Marino |
| **Sent:** | Saturday, November 07, 2015 3:22 PM |
| **To:** | 'Larry Klayman' |
| **Cc:** | John Boyle; Ratner, Micah; <Sandy.Bohrer@hklaw.com>; andrew.nieh@cbs.com; Dina James; Brian.Toth@hklaw.com; Handman, Laura |
| **Subject:** | RE: Simon and Shuster and Painton Depositions and Tina Bennett |

Dear Mr. Klayman,

To my understanding, a waiver is the intentional relinquishment of a known right.  Please be advised that Ms. Bennett has not waived her objection to your subpoena, which I do not believe was served in accordance with the applicable rules of court.  My position stands as stated in my email of approximately thirty minutes ago.  I am happy to discuss this by phone if you care to do so.

Thanks,

KHM

From: Larry Klayman [mailto:leklayman@gmail.com]
Sent: Saturday, November 07, 2015 3:19 PM
To: Kevin Marino <kmarino@khmarino.com>
Cc: John Boyle <jboyle@khmarino.com>; Ratner, Micah <MicahRatner@dwt.com>; <Sandy.Bohrer@hklaw.com> <Sandy.Bohrer@hklaw.com>; andrew.nieh@cbs.com; Dina James <daj142182@gmail.com>; Brian.Toth@hklaw.com; Handman, Laura <laurahandman@dwt.com>
Subject: RE: Simon and Shuster and Painton Depositions and Tina Bennett

We did not cancel any depositions. Simon and Shuster and Painton refused to appear and obey the subpoenas. Your client has waived any objections. I will respond in more detail later. Your email is not in good faith.

1

On Nov 7, 2015 11:53 AM, "Kevin Marino" <kmarino@khmarino.com
<mailto:kmarino@khmarino.com> > wrote:

      Larry,


      As you know, we represent Tina Bennett in this matter.  I left a message for you this morning but, having not heard back from you, I thought it wise to convey my position with respect to your subpoena for testimony and documents from Ms. Bennett via email. Specifically, I write to make certain that you understand that, in light of (a) your cancellation of the  Simon & Shuster and Painton depositions (scheduled for Monday); (b) your threatened motion to enforce your subpoenas for those depositions and that of Ms. Bennett (scheduled for Tuesday); (c) your failure to provide me with the exhibits you intend to use at Ms. Bennett's deposition; and (d) your statement—despite agreeing that you would withdraw your 23-item document request in favor of a request that Ms. Bennett provide you with testimony and documents "concerning the reasons why Simon & Schuster did not and/or refused to publish . . .  Pay Any Price"—that you were acting "with full reservation of all rights" (apparently so that you can compel Ms. Bennett's deposition and documents at a later date if you so choose), we will not produce Ms. Bennett for her deposition on Tuesday or provide you with any documents responsive to your subpoena pending an order of the court. Rather, we will await your motion to compel, will oppose that motion when we receive it, and will abide whatever order the court enters with respect to that motion.


      Please understand that Ms. Bennett has no intention of disregarding any lawful order of the court, including an order compelling her deposition and production of documents.  To the contrary, it has been and remains her intention to cooperate with you in every way.  But given the dispute that has arisen with respect to your subpoena and that for the related S & S and Painton depositions, we think it prudent to await resolution of that dispute before producing Ms. Bennett for deposition or providing you with any documents in response to your subpoena.


      If you have any questions, please call me.  Thank you for your attention to this matter.


      Best,

2

Kevin


From: Larry Klayman [mailto:leklayman@gmail.com <mailto:leklayman@gmail.com> ]
Sent: Friday, November 06, 2015 2:33 PM
To: andrew.nieh@cbs.com <mailto:andrew.nieh@cbs.com>
Cc: Handman, Laura <laurahandman@dwt.com <mailto:laurahandman@dwt.com> >;
Brian.Toth@hklaw.com <mailto:Brian.Toth@hklaw.com> ; Ratner, Micah
<MicahRatner@dwt.com <mailto:MicahRatner@dwt.com> >; <Sandy.Bohrer@hklaw.com
<mailto:Sandy.Bohrer@hklaw.com> > <Sandy.Bohrer@hklaw.com
<mailto:Sandy.Bohrer@hklaw.com> >; Kevin Marino <kmarino@khmarino.com
<mailto:kmarino@khmarino.com> >; Dina James <daj142182@gmail.com
<mailto:daj142182@gmail.com> >
Subject: Simon and Shuster and Painton Depositions and Tina Bennett


Your last correspondence of today is not in good faith.


While the depositions of your clients cannot proceed Monday, November 9, 2015 due to your obstructionist tactics, we will be moving the Southern District on an expedited basis to enforce the subpoenas, including the one for Tina Bennett which call for document production and testimony on the following day, November 10, 2015. Once filed, we will provide the pleadings to you and the other counsel of record.


In the meantime, all counsel should let me know if they consent to our motion to compel video-conference depositions so we can represent this to the federal court. Pl let me know in the next few hours, as we are hoping to file today.


Govern yourself accordingly.

Larry Klayman

The information contained in this E-mail communication is transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this E-mail communication is strictly prohibited. If this E-mail communication has been received in error,please immediately return the message by E-mail to pgomes@khmarino.com <mailto:pgomes@khmarino.com> . Thank you.

# EXHIBIT K

**Kevin Marino**

| | |
|---|---|
| **From:** | Larry Klayman <leklayman@gmail.com> |
| **Sent:** | Saturday, November 07, 2015 3:37 PM |
| **To:** | Kevin Marino |
| **Cc:** | Ratner, Micah; John Boyle; andrew.nieh@cbs.com; <Sandy.Bohrer@hklaw.com>; Dina James; Handman, Laura; Brian.Toth@hklaw.com |
| **Subject:** | RE: Simon and Shuster and Painton Depositions and Tina Bennett |

False. Please be honest. The time was waived to object and the subpoenas were properly served.

On Nov 7, 2015 12:22 PM, "Kevin Marino" <kmarino@khmarino.com <mailto:kmarino@khmarino.com> > wrote:


Dear Mr. Klayman,


To my understanding, a waiver is the intentional relinquishment of a known right. Please be advised that Ms. Bennett has not waived her objection to your subpoena, which I do not believe was served in accordance with the applicable rules of court. My position stands as stated in my email of approximately thirty minutes ago. I am happy to discuss this by phone if you care to do so.


Thanks,

KHM


From: Larry Klayman [mailto:leklayman@gmail.com <mailto:leklayman@gmail.com> ]
Sent: Saturday, November 07, 2015 3:19 PM
To: Kevin Marino <kmarino@khmarino.com <mailto:kmarino@khmarino.com> >
Cc: John Boyle <jboyle@khmarino.com <mailto:jboyle@khmarino.com> >; Ratner, Micah <MicahRatner@dwt.com <mailto:MicahRatner@dwt.com> >; <Sandy.Bohrer@hklaw.com <mailto:Sandy.Bohrer@hklaw.com> > <Sandy.Bohrer@hklaw.com <mailto:Sandy.Bohrer@hklaw.com> >; andrew.nieh@cbs.com

<mailto:andrew.nieh@cbs.com> ; Dina James <daj142182@gmail.com
<mailto:daj142182@gmail.com> >; Brian.Toth@hklaw.com <mailto:Brian.Toth@hklaw.com> ;
Handman, Laura <laurahandman@dwt.com <mailto:laurahandman@dwt.com> >
Subject: RE: Simon and Shuster and Painton Depositions and Tina Bennett

We did not cancel any depositions. Simon and Shuster and Painton refused to appear
and obey the subpoenas. Your client has waived any objections. I will respond in more detail
later. Your email is not in good faith.

On Nov 7, 2015 11:53 AM, "Kevin Marino" <kmarino@khmarino.com
<mailto:kmarino@khmarino.com> > wrote:

Larry,

As you know, we represent Tina Bennett in this matter.  I left a message for you
this morning but, having not heard back from you, I thought it wise to convey my position with
respect to your subpoena for testimony and documents from Ms. Bennett via email.
Specifically, I write to make certain that you understand that, in light of (a) your cancellation of
the  Simon & Shuster and Painton depositions (scheduled for Monday); (b) your threatened
motion to enforce your subpoenas for those depositions and that of Ms. Bennett (scheduled
for Tuesday); (c) your failure to provide me with the exhibits you intend to use at Ms.
Bennett's deposition; and (d) your statement—despite agreeing that you would withdraw your
23-item document request in favor of a request that Ms. Bennett provide you with testimony
and documents "concerning the reasons why Simon & Schuster did not and/or refused to
publish . . .  Pay Any Price"—that you were acting "with full reservation of all rights"
(apparently so that you can compel Ms. Bennett's deposition and documents at a later date if
you so choose), we will not produce Ms. Bennett for her deposition on Tuesday or provide you
with any documents responsive to your subpoena pending an order of the court. Rather, we
will await your motion to compel, will oppose that motion when we receive it, and will abide
whatever order the court enters with respect to that motion.

Please understand that Ms. Bennett has no intention of disregarding any lawful
order of the court, including an order compelling her deposition and production of documents.
To the contrary, it has been and remains her intention to cooperate with you in every way.
But given the dispute that has arisen with respect to your subpoena and that for the related S

& S and Painton depositions, we think it prudent to await resolution of that dispute before producing Ms. Bennett for deposition or providing you with any documents in response to your subpoena.

If you have any questions, please call me.  Thank you for your attention to this matter.

Best,

Kevin

From: Larry Klayman [mailto:leklayman@gmail.com <mailto:leklayman@gmail.com> ]
Sent: Friday, November 06, 2015 2:33 PM
To: andrew.nieh@cbs.com <mailto:andrew.nieh@cbs.com>
Cc: Handman, Laura <laurahandman@dwt.com <mailto:laurahandman@dwt.com> >; Brian.Toth@hklaw.com <mailto:Brian.Toth@hklaw.com> ; Ratner, Micah <MicahRatner@dwt.com <mailto:MicahRatner@dwt.com> >; <Sandy.Bohrer@hklaw.com <mailto:Sandy.Bohrer@hklaw.com> > <Sandy.Bohrer@hklaw.com <mailto:Sandy.Bohrer@hklaw.com> >; Kevin Marino <kmarino@khmarino.com <mailto:kmarino@khmarino.com> >; Dina James <daj142182@gmail.com <mailto:daj142182@gmail.com> >
Subject: Simon and Shuster and Painton Depositions and Tina Bennett

Your last correspondence of today is not in good faith.

While the depositions of your clients cannot proceed Monday, November 9, 2015 due to your obstructionist tactics, we will be moving the Southern District on an expedited basis to enforce the subpoenas, including the one for Tina Bennett which call for document

production and testimony on the following day, November 10, 2015. Once filed, we will provide the pleadings to you and the other counsel of record.

In the meantime, all counsel should let me know if they consent to our motion to compel video-conference depositions so we can represent this to the federal court. Pl let me know in the next few hours, as we are hoping to file today.

Govern yourself accordingly.

Larry Klayman

The information contained in this E-mail communication is transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this E-mail communication is strictly prohibited. If this E-mail communication has been received in error,please immediately return the message by E-mail to pgomes@khmarino.com <mailto:pgomes@khmarino.com> . Thank you.

The information contained in this E-mail communication is transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this E-mail communication is strictly prohibited. If this E-mail communication has been received in error,please immediately return the

message by E-mail to pgomes@khmarino.com <mailto:pgomes@khmarino.com> .
Thank you.

# EXHIBIT L

**Kevin Marino**

| | |
|---|---|
| **From:** | Kevin Marino |
| **Sent:** | Saturday, November 07, 2015 3:49 PM |
| **To:** | Larry Klayman |
| **Cc:** | Ratner, Micah; John Boyle; andrew.nieh@cbs.com; <Sandy.Bohrer@hklaw.com>; Dina James; Handman, Laura; Brian.Toth@hklaw.com |
| **Subject:** | Re: Simon and Shuster and Painton Depositions and Tina Bennett |

We disagree.


Kevin H. Marino, Esq.

Marino, Tortorella & Boyle, P.C.

437 Southern Boulevard

Chatham, NJ  07928-1488

Phone:  973-824-9300

Fax:  973-824-8425


On Nov 7, 2015, at 3:37 PM, Larry Klayman <leklayman@gmail.com <mailto:leklayman@gmail.com> > wrote:


False. Please be honest. The time was waived to object and the subpoenas were properly served.

On Nov 7, 2015 12:22 PM, "Kevin Marino" <kmarino@khmarino.com <mailto:kmarino@khmarino.com> > wrote:


Dear Mr. Klayman,

To my understanding, a waiver is the intentional relinquishment of a known right. Please be advised that Ms. Bennett has not waived her objection to your subpoena, which I do not believe was served in accordance with the applicable rules of court. My position stands as stated in my email of approximately thirty minutes ago. I am happy to discuss this by phone if you care to do so.


Thanks,

KHM


From: Larry Klayman [mailto:leklayman@gmail.com <mailto:leklayman@gmail.com> ]
Sent: Saturday, November 07, 2015 3:19 PM
To: Kevin Marino <kmarino@khmarino.com <mailto:kmarino@khmarino.com> >
Cc: John Boyle <jboyle@khmarino.com <mailto:jboyle@khmarino.com> >; Ratner, Micah <MicahRatner@dwt.com <mailto:MicahRatner@dwt.com> >; <Sandy.Bohrer@hklaw.com <mailto:Sandy.Bohrer@hklaw.com> > <Sandy.Bohrer@hklaw.com <mailto:Sandy.Bohrer@hklaw.com> >; andrew.nieh@cbs.com <mailto:andrew.nieh@cbs.com> ; Dina James <daj142182@gmail.com <mailto:daj142182@gmail.com> >; Brian.Toth@hklaw.com <mailto:Brian.Toth@hklaw.com> ; Handman, Laura <laurahandman@dwt.com <mailto:laurahandman@dwt.com> >
Subject: RE: Simon and Shuster and Painton Depositions and Tina Bennett


We did not cancel any depositions. Simon and Shuster and Painton refused to appear and obey the subpoenas. Your client has waived any objections. I will respond in more detail later. Your email is not in good faith.

On Nov 7, 2015 11:53 AM, "Kevin Marino" <kmarino@khmarino.com <mailto:kmarino@khmarino.com> > wrote:

Larry,

As you know, we represent Tina Bennett in this matter.  I left a message for you this morning but, having not heard back from you, I thought it wise to convey my position with respect to your subpoena for testimony and documents from Ms. Bennett via email.  Specifically, I write to make certain that you understand that, in light of (a) your cancellation of the  Simon & Shuster and Painton depositions (scheduled for Monday); (b) your threatened motion to enforce your subpoenas for those depositions and that of Ms. Bennett (scheduled for Tuesday); (c) your failure to provide me with the exhibits you intend to use at Ms. Bennett's deposition; and (d) your statement—despite agreeing that you would withdraw your 23-item document request in favor of a request that Ms. Bennett provide you with testimony and documents "concerning the reasons why Simon & Schuster did not and/or refused to publish . . .  Pay Any Price"—that you were acting "with full reservation of all rights" (apparently so that you can compel Ms. Bennett's deposition and documents at a later date if you so choose), we will not produce Ms. Bennett for her deposition on Tuesday or provide you with any documents responsive to your subpoena pending an order of the court. Rather, we will await your motion to compel, will oppose that motion when we receive it, and will abide whatever order the court enters with respect to that motion.

Please understand that Ms. Bennett has no intention of disregarding any lawful order of the court, including an order compelling her deposition and production of documents.  To the contrary, it has been and remains her intention to cooperate with you in every way.  But given the dispute that has arisen with respect to your subpoena and that for the related S & S and Painton depositions, we think it prudent to await resolution of that dispute before producing Ms. Bennett for deposition or providing you with any documents in response to your subpoena.

If you have any questions, please call me.  Thank you for your attention to this matter.

Best,

Kevin

3

From: Larry Klayman [mailto:leklayman@gmail.com
<mailto:leklayman@gmail.com> ]
Sent: Friday, November 06, 2015 2:33 PM
To: andrew.nieh@cbs.com <mailto:andrew.nieh@cbs.com>
Cc: Handman, Laura <laurahandman@dwt.com
<mailto:laurahandman@dwt.com> >; Brian.Toth@hklaw.com
<mailto:Brian.Toth@hklaw.com> ; Ratner, Micah <MicahRatner@dwt.com
<mailto:MicahRatner@dwt.com> >; <Sandy.Bohrer@hklaw.com
<mailto:Sandy.Bohrer@hklaw.com> > <Sandy.Bohrer@hklaw.com
<mailto:Sandy.Bohrer@hklaw.com> >; Kevin Marino <kmarino@khmarino.com
<mailto:kmarino@khmarino.com> >; Dina James <daj142182@gmail.com
<mailto:daj142182@gmail.com> >
Subject: Simon and Shuster and Painton Depositions and Tina Bennett

Your last correspondence of today is not in good faith.

While the depositions of your clients cannot proceed Monday, November 9,
2015 due to your obstructionist tactics, we will be moving the Southern District on an
expedited basis to enforce the subpoenas, including the one for Tina Bennett which call for
document production and testimony on the following day, November 10, 2015. Once filed, we
will provide the pleadings to you and the other counsel of record.

In the meantime, all counsel should let me know if they consent to our
motion to compel video-conference depositions so we can represent this to the federal court.
Pl let me know in the next few hours, as we are hoping to file today.

Govern yourself accordingly.

Larry Klayman

4

The information contained in this E-mail communication is transmitted by
an
attorney. It is privileged and confidential, intended only for the use of the
individual or entity named above. If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination,
distribution
or reproduction of this E-mail communication is strictly prohibited. If this
E-mail communication has been received in error,please immediately
return the
message by E-mail to pgomes@khmarino.com
<mailto:pgomes@khmarino.com> . Thank you.

The information contained in this E-mail communication is transmitted by an
attorney. It is privileged and confidential, intended only for the use of the
individual or entity named above. If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination, distribution
or reproduction of this E-mail communication is strictly prohibited. If this
E-mail communication has been received in error,please immediately return the
message by E-mail to pgomes@khmarino.com <mailto:pgomes@khmarino.com> .
Thank you.

# EXHIBIT M

**Kevin Marino**

| | |
|---|---|
| **From:** | Larry Klayman <leklayman@gmail.com> |
| **Sent:** | Saturday, November 07, 2015 4:12 PM |
| **To:** | Kevin Marino |
| **Cc:** | John Boyle; Ratner, Micah; <Sandy.Bohrer@hklaw.com>; andrew.nieh@cbs.com; Dina James; Brian.Toth@hklaw.com; Handman, Laura |
| **Subject:** | Re: Simon and Shuster and Painton Depositions and Tina Bennett |

See you in court

On Nov 7, 2015 12:49 PM, "Kevin Marino" <kmarino@khmarino.com <mailto:kmarino@khmarino.com> > wrote:

> We disagree.
>
>
> Kevin H. Marino, Esq.
>
> Marino, Tortorella & Boyle, P.C.
>
> 437 Southern Boulevard
>
> Chatham, NJ  07928-1488
>
> Phone:  973-824-9300 <tel:973-824-9300>
>
> Fax:  973-824-8425 <tel:973-824-8425>
>
>
> On Nov 7, 2015, at 3:37 PM, Larry Klayman <leklayman@gmail.com <mailto:leklayman@gmail.com> > wrote:
>
>
> False. Please be honest. The time was waived to object and the subpoenas were properly served.

1

On Nov 7, 2015 12:22 PM, "Kevin Marino" <kmarino@khmarino.com <mailto:kmarino@khmarino.com> > wrote:

Dear Mr. Klayman,

To my understanding, a waiver is the intentional relinquishment of a known right.  Please be advised that Ms. Bennett has not waived her objection to your subpoena, which I do not believe was served in accordance with the applicable rules of court.  My position stands as stated in my email of approximately thirty minutes ago.  I am happy to discuss this by phone if you care to do so.

Thanks,

KHM

From: Larry Klayman [mailto:leklayman@gmail.com <mailto:leklayman@gmail.com> ]
Sent: Saturday, November 07, 2015 3:19 PM
To: Kevin Marino <kmarino@khmarino.com <mailto:kmarino@khmarino.com> >
Cc: John Boyle <jboyle@khmarino.com <mailto:jboyle@khmarino.com> >; Ratner, Micah <MicahRatner@dwt.com <mailto:MicahRatner@dwt.com> >; <Sandy.Bohrer@hklaw.com <mailto:Sandy.Bohrer@hklaw.com> > <Sandy.Bohrer@hklaw.com <mailto:Sandy.Bohrer@hklaw.com> >; andrew.nieh@cbs.com <mailto:andrew.nieh@cbs.com> ; Dina James <daj142182@gmail.com <mailto:daj142182@gmail.com> >; Brian.Toth@hklaw.com <mailto:Brian.Toth@hklaw.com> ; Handman, Laura <laurahandman@dwt.com <mailto:laurahandman@dwt.com> >
Subject: RE: Simon and Shuster and Painton Depositions and Tina Bennett

We did not cancel any depositions. Simon and Shuster and Painton refused to appear and obey the subpoenas. Your client has waived any objections. I will respond in more detail later. Your email is not in good faith.

2

On Nov 7, 2015 11:53 AM, "Kevin Marino" <kmarino@khmarino.com <mailto:kmarino@khmarino.com> > wrote:

Larry,

As you know, we represent Tina Bennett in this matter.  I left a message for you this morning but, having not heard back from you, I thought it wise to convey my position with respect to your subpoena for testimony and documents from Ms. Bennett via email.  Specifically, I write to make certain that you understand that, in light of (a) your cancellation of the  Simon & Shuster and Painton depositions (scheduled for Monday); (b) your threatened motion to enforce your subpoenas for those depositions and that of Ms. Bennett (scheduled for Tuesday); (c) your failure to provide me with the exhibits you intend to use at Ms. Bennett's deposition; and (d) your statement—despite agreeing that you would withdraw your 23-item document request in favor of a request that Ms. Bennett provide you with testimony and documents "concerning the reasons why Simon & Schuster did not and/or refused to publish . . .  Pay Any Price"—that you were acting "with full reservation of all rights" (apparently so that you can compel Ms. Bennett's deposition and documents at a later date if you so choose), we will not produce Ms. Bennett for her deposition on Tuesday or provide you with any documents responsive to your subpoena pending an order of the court. Rather, we will await your motion to compel, will oppose that motion when we receive it, and will abide whatever order the court enters with respect to that motion.

Please understand that Ms. Bennett has no intention of disregarding any lawful order of the court, including an order compelling her deposition and production of documents.  To the contrary, it has been and remains her intention to cooperate with you in every way.  But given the dispute that has arisen with respect to your subpoena and that for the related S & S and Painton depositions, we think it prudent to await resolution of that dispute before producing Ms. Bennett for deposition or providing you with any documents in response to your subpoena.

If you have any questions, please call me.  Thank you for your attention to this matter.

Best,

Kevin

From: Larry Klayman [mailto:leklayman@gmail.com
<mailto:leklayman@gmail.com> ]
Sent: Friday, November 06, 2015 2:33 PM
To: andrew.nieh@cbs.com <mailto:andrew.nieh@cbs.com>
Cc: Handman, Laura <laurahandman@dwt.com
<mailto:laurahandman@dwt.com> >; Brian.Toth@hklaw.com
<mailto:Brian.Toth@hklaw.com> ; Ratner, Micah <MicahRatner@dwt.com
<mailto:MicahRatner@dwt.com> >; <Sandy.Bohrer@hklaw.com
<mailto:Sandy.Bohrer@hklaw.com> > <Sandy.Bohrer@hklaw.com
<mailto:Sandy.Bohrer@hklaw.com> >; Kevin Marino <kmarino@khmarino.com
<mailto:kmarino@khmarino.com> >; Dina James <daj142182@gmail.com
<mailto:daj142182@gmail.com> >
Subject: Simon and Shuster and Painton Depositions and Tina
Bennett

Your last correspondence of today is not in good faith.

While the depositions of your clients cannot proceed Monday,
November 9, 2015 due to your obstructionist tactics, we will be moving the Southern District
on an expedited basis to enforce the subpoenas, including the one for Tina Bennett which call
for document production and testimony on the following day, November 10, 2015. Once filed,
we will provide the pleadings to you and the other counsel of record.

In the meantime, all counsel should let me know if they consent to
our motion to compel video-conference depositions so we can represent this to the federal
court. Pl let me know in the next few hours, as we are hoping to file today.

Govern yourself accordingly.


Larry Klayman




transmitted by an          The information contained in this E-mail communication is

the                        attorney. It is privileged and confidential, intended only for the use of

the                        individual or entity named above. If the reader of this message is not

distribution               intended recipient, you are hereby notified that any dissemination,

this                       or reproduction of this E-mail communication is strictly prohibited. If

return the                 E-mail communication has been received in error,please immediately

                           message by E-mail to pgomes@khmarino.com
<mailto:pgomes@khmarino.com> . Thank you.


an                         The information contained in this E-mail communication is transmitted by

                           attorney. It is privileged and confidential, intended only for the use of the
                           individual or entity named above. If the reader of this message is not the
                           intended recipient, you are hereby notified that any dissemination,

distribution               or reproduction of this E-mail communication is strictly prohibited. If this
                           E-mail communication has been received in error,please immediately

return the                 message by E-mail to pgomes@khmarino.com
<mailto:pgomes@khmarino.com> . Thank you.

The information contained in this E-mail communication is transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this E-mail communication is strictly prohibited. If this E-mail communication has been received in error,please immediately return the message by E-mail to pgomes@khmarino.com <mailto:pgomes@khmarino.com> . Thank you.