UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :        15mc363 (DLC)
DENNIS L. MONTGOMERY                     :
                                        :          ORDER
                    Plaintiff,           :
                                        :
        -v-                              :
                                        :
SIMON & SCHUSTER, PRISCILLA PAINTON,     :
and TINA BENNETT                         :
                                        :
                    Defendants.          :
--------------------------------------- X
DENISE COTE, District Judge:

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED:  11 30 2015          │
└─────────────────────────────────┘
```

        Having reviewed the papers filed in the above-captioned

matter, it is hereby

        ORDERED that Larry E. Klayman's motion to appear pro hac

vice is granted.

        IT IS FURTHER ORDERED that the plaintiff's implied request

for a telephonic conference on the discovery motions is denied.

        IT IS FURTHER ORDERED that the conference scheduled for

11:00 a.m. on Tuesday, December 1, 2015, shall take place in

person in Courtroom 15B, the United States Courthouse, 500 Pearl

Street, New York, New York.

IT IS FURTHER ORDERED that if the parties require an adjournment of the December 1 conference, they shall meet and confer and submit a letter to the Court with alternative dates and times for a conference to occur during the week of November 30, 2015.

Dated:     New York, New York
           November 30, 2015

                                    _____
                                    DENISE COTE
                         United States District Judge (Part 1)