IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DENNIS L. MONTGOMERY

                Plaintiff,

    v.

SIMON & SCHUSTER,

and

PRISCILLA PAINTON,

and

TINA BENNETT,

                Defendants.

Civ. Action 15 Misc. 0363

## PLAINTIFF'S RESPONSE TO COURT'S ORDER GRANTING PRO HAC VICE OF NOVEMBER 30, 2015

    Further to the Court's order granting pro hac vice entry for attorney Larry Klayman, he will appear in person at the conference set for tomorrow, December 1, 2015 at 11:00 in Courtroom 15B, the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: November 30, 2015

                Respectfully submitted,

                */s/ Larry Klayman*
                Larry Klayman, Esq.
                Klayman Law Firm
                2020 Pennsylvania Ave. Ste. 800
                Washington, D.C. 20006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November 2015, a true and correct copy of the foregoing was filed and served via ECF in the U.S. District Court for the Southern District of New York upon the following:

**Sanford Lewis Bohrer**
**Brian Toth**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
Email: sbohrer@hklaw.com
Email: brian.toth@hklaw.com

**Laura R. Handman**
**Micah Ratner**
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington D.C. 20006-3401
Email: laurahandman@dwt.com
Email: MicahRatner@dwt.com

*Attorneys for James Risen Defendant*
*Attorneys for Houghton Mifflin Harcourt Publishing Company Defendant*
*Attorneys for Houghton Mifflin Harcourt Company Defendant*

**Andrew Nieh**
Assistant General Counsel, Litigation and Compliance
CBS Corporation
51 W. 52nd Street
New York, New York 10019
Tel: (212) 975-4239
Fax: (212) 975-3930
Email: andrew.nieh@cbs.com

*Attorney for Simon & Schuster Defendant*
*Attorney for Priscilla Painton Defendant*

**Kevin Marino**
Marino, Tortorella & Boyle, P.C.
437 Southern Blvd.
Chatham Township, New Jersey 07928
kmarino@kmarino.com

*Attorney for Tina Bennett Defendant*

                                                */s/ Larry Klayman*
                                                Larry Klayman