UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :        15mc363 (DLC)
DENNIS L. MONTGOMERY                     :
                                        :           ORDER
                    Plaintiff,          :
                                        :
         -v-                            :
                                        :
SIMON & SCHUSTER, PRISCILLA PAINTON,    :
and TINA BENNETT                        :
                                        :
                    Defendants.         :
--------------------------------------- X

```
+--------------------------------+
| USDC SDNY                      |
| DOCUMENT                       |
| ELECTRONICALLY FILED           |
| DOC #: _____                |
| DATE FILED:  12 | 1 | 2015     |
+--------------------------------+
```

DENISE COTE, District Judge:

    As set forth on the record at a hearing held on December 1,

2015, it is hereby

    ORDERED that the Clerk of Court shall assign the above-

captioned matter for all purposes to this Court's docket.


Dated:    New York, New York
          December 1, 2015

                    _____
                              DENISE COTE
                    United States District Judge